B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kidz Closet Consignments and Resale, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**90-0108111** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2520 Charles Street**<br>**Rockford, IL**<br>ZIP Code **61108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                            Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kidz Closet Consignments and Resale, Inc** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Michael and Tabitha Hutchinson** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**ND IL WD** | Relationship:<br>**Owners** | Judge:<br>**Barbosa** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) | Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Kidz Closet Consignments and Resale, Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 316-4646**
Telephone Number

**August 31, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tabitha Hutchinson**
Signature of Authorized Individual

**Tabitha Hutchinson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 31, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kidz Closet Consignments and Resale, Inc**          ,     Case No. _____

                                   Debtor

                                                  Chapter                   **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,378.55 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 633.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 157 | | 14,126.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 166 | | | |
| Total Assets | | | 6,378.55 | | |
| Total Liabilities | | | | 14,759.43 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kidz Closet Consignments and Resale, Inc** _____ ,
            Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Kidz Closet Consignments and Resale, Inc**                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris Bank - checking** | - | 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord Security Deposit** | - | 700.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          720.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc**                    , Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 1 computer, 1 printer (Debtor's principal has possession of computer to safe guard books and records) | - | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Normal complement of store fixtures, counters, clothing racks, etc | - | 1,000.00 |
| 30. Inventory. | | Full complement of childrens clothing, toys, books and infant gear | - | 1,000.00 |
| | | Childrens clothing, toys, books and infant gear held on consignment for sale. | - | 3,458.55 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                 **5,658.55**
(Total of this page)
Total >                 **6,378.55**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Kidz Closet Consignments and Resale, Inc**                                      ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

Subtotal
(Total of this page)

Total          **0.00**          **0.00**
(Report on Summary of Schedules)

B6E (Official Form 6E) (4/10)

In re    **Kidz Closet Consignments and Resale, Inc** _____ ,    Case No. _____
                                                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>   1   </u>    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | 06/2011 | | | | | |
| Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | - | | | Sales Tax | | | | | 0.00 |
| | | | | | | | | 113.00 | 113.00 |
| Account No. | | | | 2011 | | | | | |
| Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | - | | | Payroll Taxes | | | | | 0.00 |
| | | | | | | | | 100.00 | 100.00 |
| Account No. | | | | 2nd qtr 2011 | | | | | |
| Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346 | - | | | Payroll Taxes | | | | | 0.00 |
| | | | | | | | | 420.00 | 420.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 633.00 / 633.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 633.00 / 633.00 |

B6F (Official Form 6F) (12/07)

In re   **Kidz Closet Consignments and Resale, Inc**                     ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Aimee Peacock** 3433 Baxter Road Rockford, IL 61109 | - | | Cash or store credit | | | | 9.10 |
| Account No. **Alexis Klemm** 2235 Custer Avenue Rockford, IL 61103 | - | | Cash or store credit | | | | 14.78 |
| Account No. **Alexis Klemm** 2235 Custer Avenue Rockford, IL 61103 | - | | Product held for consignment | | | | 8.45 |
| Account No. **Ali Glenn** 4730 W. Highway 11 Janesville, WI 53548 | - | | Cash or store credit | | | | 7.65 |

__156 continuation sheets attached

Subtotal (Total of this page) **39.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ali Glenn**<br>**4730 W. Highway 11**<br>**Janesville, WI 53548** | | - | | **Product held for consignment** | | | | **29.75** |
| Account No.<br><br>**Alison Meason**<br>**338 Harwich Place**<br>**Rockton, IL 61072** | | - | | **Cash or store credit** | | | | **29.78** |
| Account No.<br><br>**Alison Walter**<br>**4816 Crescent Drive**<br>**Rockford, IL 61108** | | - | | **Product held for consignment** | | | | **54.00** |
| Account No.<br><br>**Allison Walter**<br>**4816 Crescent Drive**<br>**Rockford, IL 61108** | | - | | **Cash or store credit** | | | | **1.50** |
| Account No.<br><br>**Amanda Gonzales**<br>**3150 Liberty Drive**<br>**Rockford, IL 61101** | | - | | **Cash or store credit** | | | | **16.50** |

Sheet no. __1__ of __156__ sheets attached to Schedule of                                    Subtotal                 | **131.53** |
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                      ,    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Amanda Hart-Patrick 2244 22nd Street Rockford, IL 61108 | - | | | | | | 11.00 |
| Account No. | | | Cash or store credit | | | | |
| Amanda Hastings 6445 Tramore Lane Rockford, IL 61107 | - | | | | | | 10.30 |
| Account No. | | | Cash or store credit | | | | |
| Amanda Johnson 1202 Banks Street Rockford, IL 61102 | - | | | | | | 0.75 |
| Account No. | | | Cash or store credit | | | | |
| Amanda Olmstead 414 N. Church Street Rockford, IL 61103 | - | | | | | | 10.20 |
| Account No. | | | Cash or store credit | | | | |
| Amanda Phillips 10900 N. Kenney Road Warrensburg, IL 62573 | - | | | | | | 167.73 |

Sheet no. __2__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amy Addotta**<br>**5601 Knollwood Road**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | 41.47 |
| Account No.<br><br>**Amy Block**<br>**9346 Winterfield Lane**<br>**Roscoe, IL 61073** | - | | **Cash or store credit** | | | | 6.98 |
| Account No.<br><br>**Amy Campos**<br>**2513 Whitehall Circle**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | 14.60 |
| Account No.<br><br>**Amy Durso**<br>**619 James Avenue**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | 3.40 |
| Account No.<br><br>**Amy Giunta**<br>**821 Wingate Place**<br>**Rockton, IL 61072** | - | | **Cash or store credit** | | | | 8.00 |

Sheet no. __3__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**    ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Amy Godfrey 5367 Wagon Wheel Lane Loves Park, IL 61111 | - | | | | | | | 61.74 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Henry 2236 16th Avenue Rockford, IL 61104 | - | | | | | | | 18.34 |
| Account No. | | | | Cash or store credit | | | | |
| Amy MacAdam 10083 Pine Valley Circle Belvidere, IL 61008 | - | | | | | | | 12.78 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Marks 912 Paris Avenue Rockford, IL 61107 | - | | | | | | | 13.10 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Nickel 3315 Alta Vista Rockford, IL 61107 | - | | | | | | | 26.52 |

Sheet no. __4__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                  **132.48**
                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kidz Closet Consignments and Resale, Inc**                          ,     Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Amy Northrop 604 St. Louis Avenue Rockford, IL 61104 | - | | | | | | | 1.80 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Novak 4902 Powder Horn Place Caledonia, IL 61011 | - | | | | | | | 25.65 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Ohlson 507 S. Rockford Avenue Rockford, IL 61104 | - | | | | | | | 51.79 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Schreiner 1809 Camp Avenue Rockford, IL 61103 | - | | | | | | | 8.60 |
| Account No. | | | | Cash or store credit | | | | |
| Amy Smith 4384 Applewood Lane Loves Park, IL 61111 | - | | | | | | | 60.74 |

Sheet no. __5___ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      148.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amy Smith**<br>**4384 Applewood Lane**<br>**Loves Park, IL 61111** | - | | Product held for consignment | | | | 141.00 |
| Account No.<br><br>**Andi Flickinger**<br>**1151 Krupke Road**<br>**Caledonia, IL 61011** | - | | Cash or store credit | | | | 11.77 |
| Account No.<br><br>**Andi Flickinger**<br>**1151 Krupke Road**<br>**Caledonia, IL 61011** | - | | Product held for consignment | | | | 33.00 |
| Account No.<br><br>**Andrea Dummich**<br>**4331 Chesterfield Avenue**<br>**Rockford, IL 61109** | - | | Cash or store credit | | | | 1.86 |
| Account No.<br><br>**Andrew Baker**<br>**1311 Leamon Place**<br>**Rockford, IL 61108** | - | | Cash or store credit | | | | 4.70 |

Sheet no. __6__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

192.33

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Angel Cochran 218 Regan Street Rockford, IL 61107 | | - | | | | | 3.10 |
| Account No. | | | Cash or store credit | | | | |
| Angel Gaudry 4795 Powderhorn Place Caledonia, IL 61011 | | - | | | | | 5.52 |
| Account No. | | | Cash or store credit | | | | |
| Angela Aase 222 Kirkstone Place Rockton, IL 61072 | | - | | | | | 9.99 |
| Account No. | | | Cash or store credit | | | | |
| Angela Harmon 134 E. River Street Rockton, IL 61072 | | - | | | | | 6.50 |
| Account No. | | | Cash or store credit | | | | |
| Angela Ryks 3130 Coleman Avenue Rockford, IL 61101 | | - | | | | | 9.00 |

Sheet no. __7__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    34.11

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                              ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Cash or store credit | | | | |
| Angela Schmidt 4268 Glenmore Drive Rockton, IL 61072 | | | | | | | | 5.23 |
| Account No. | | - | | Product held for consignment | | | | |
| Angela Schoeneweiss 6401 Montague Road Rockford, IL 61102 | | | | | | | | 87.55 |
| Account No. | | - | | Cash or store credit | | | | |
| Angela Smith 208 Cameron Avenue Rockford, IL 61102 | | | | | | | | 0.59 |
| Account No. | | - | | Cash or store credit | | | | |
| Angelina Waldron 453 Perley Avenue Pecatonica, IL 61063 | | | | | | | | 12.00 |
| Account No. | | - | | Cash or store credit | | | | |
| Anita Korn 3435 Minnesota Drive Rockford, IL 61108 | | | | | | | | 7.87 |

Sheet no. __8__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                113.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| **Anita Peterson** **4335 Crawford Drive** **Rockford, IL 61114** | | - | | | | | | 4.70 |
| Account No. | | | | Cash or store credit | | | | |
| **Ann Klock** **2674 Woodmar Road #1** **Rockford, IL 61114** | | - | | | | | | 2.20 |
| Account No. | | | | Cash or store credit | | | | |
| **Ann Marie Smith** **309 Hollister Avenue** **Rockford, IL 61108** | | - | | | | | | 14.34 |
| Account No. | | | | Cash or store credit | | | | |
| **Ann Seigel** **1121 Brookfield Road** **Rockford, IL 61107** | | - | | | | | | 11.36 |
| Account No. | | | | Cash or store credit | | | | |
| **Anna Sheaffer-Ahearn** **3585 Prairie Road** **Belvidere, IL 61008** | | - | | | | | | 8.38 |

Sheet no. __9__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **40.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Anna Sheaffer-Ahearn 3585 Prairie Road Belvidere, IL 61008 | - | | | | | | | 32.75 |
| Account No. | | | | Cash or store credit | | | | |
| April Perrine 513 Adams Street Rockford, IL 61107 | - | | | | | | | 2.83 |
| Account No. | | | | Cash or store credit | | | | |
| Ashley Johnston 4231 Lisa Drive Rockford, IL 61114 | - | | | | | | | 27.00 |
| Account No. | | | | Cash or store credit | | | | |
| Ashley Rhea 2330 11th Avenue Rockford, IL 61104 | - | | | | | | | 7.16 |
| Account No. | | | | Cash or store credit | | | | |
| Ashley Voss 4718 Pine-Al Drive Machesney Park, IL 61115 | - | | | | | | | 10.80 |

Sheet no. __10__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Aubrae Rice 10573 Banyan Drive Machesney Park, IL 61115 | - | | | | | | | 9.03 |
| Account No. | | | | Cash or store credit | | | | |
| Audrey Engelbrecht 1214 Brown Hills Road Rockford, IL 61107 | - | | | | | | | 18.15 |
| Account No. | | | | Cash or store credit | | | | |
| Audrey O'Sullivan 349 Misty Meadow Lane Davis Junction, IL 61020 | - | | | | | | | 2.41 |
| Account No. | | | | Cash or store credit | | | | |
| Aundrette Stevenson 230 Evelyn Avenue Loves Park, IL 61111 | - | | | | | | | 3.30 |
| Account No. | | | | Cash or store credit | | | | |
| Barb Granite 2817 Soland Rockford, IL 61114 | - | | | | | | | 9.38 |

Sheet no. __11__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                       | | | Cash or store credit | | | | |
| Becki Morgan<br>4507 Lanewood Circle<br>Rockford, IL 61108 | | - | | | | | 100.40 |
| Account No.                                                       | | | Cash or store credit | | | | |
| Becky Horn<br>402 27th Street<br>Rockford, IL 61108 | | - | | | | | 3.50 |
| Account No.                                                       | | | Cash or store credit | | | | |
| Becky Mauro<br>630 Donelda Lane<br>Rockford, IL 61102 | | - | | | | | 0.57 |
| Account No.                                                       | | | Cash or store credit | | | | |
| Bertha Rocha<br>2305 S. Main Street<br>Rockford, IL 61107 | | - | | | | | 1.28 |
| Account No.                                                       | | | Cash or store credit | | | | |
| Bessie Wang<br>7776 Canterbury Ridge Drive<br>South Beloit, IL 61080 | | - | | | | | 59.14 |

Sheet no. __12__ of __156__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        | 164.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Beth Haddad**<br>**1628 Cynthia Drive**<br>**Rockford, IL 61107** | - | | Cash or store credit | | | | 7.05 |
| Account No.<br><br>**Betsy Komerska**<br>**107 Valhalla Drive**<br>**Poplar Grove, IL 61065** | - | | Cash or store credit | | | | 0.90 |
| Account No.<br><br>**Betty Chears**<br>**3616 Crosby Street**<br>**Rockford, IL 61107** | - | | Cash or store credit | | | | 3.40 |
| Account No.<br><br>**Betty Garza**<br>**Sterling, IL 61081** | - | | Cash or store credit | | | | 11.04 |
| Account No.<br><br>**Betty Giesen**<br>**6377 Collingswood Court**<br>**Rockford, IL 61103** | - | | Cash or store credit | | | | 15.66 |

Sheet no. __13__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    38.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                        ,        Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Bevin Olson 310 Shelden Drive Winnebago, IL 61088 | - | | | | | | | |
| | | | | | | | | 8.20 |
| Account No. | | | | Cash or store credit | | | | |
| Bozena Kaszycki 3236 S. Main Street Rockford, IL 61102 | - | | | | | | | |
| | | | | | | | | 2.40 |
| Account No. | | | | Cash or store credit | | | | |
| Brandi Chudoba 8570 N. Hales Corner Road Stillman Valley, IL 61084 | - | | | | | | | |
| | | | | | | | | 18.08 |
| Account No. | | | | Cash or store credit | | | | |
| Brandy Robbins 634 13th Street Rockford, IL 61104 | - | | | | | | X | |
| | | | | | | | | 0.70 |
| Account No. | | | | Cash or store credit | | | | |
| Brenda Garcia 4870 E. Lawn Drive Rockford, IL 61108 | - | | | | | | | |
| | | | | | | | | 3.05 |

Sheet no. __14__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Brenda Kendell 3904 Pioneer Drive Rockford, IL 61107 | - | | | | | | | 0.41 |
| Account No. | | | | Cash or store credit | | | | |
| Brenda Klenk 2523 Brendenwood Road Rockford, IL 61107 | - | | | | | | | 6.83 |
| Account No. | | | | Cash or store credit | | | | |
| Brenda Pierson 252 Fairway View Cherry Valley, IL 61016 | - | | | | | | | 1.06 |
| Account No. | | | | Cash or store credit | | | | |
| Brian Beaulieu 7245 Chuck Way Loves Park, IL 61111 | - | | | | | | | 57.40 |
| Account No. | | | | Cash or store credit | | | | |
| Brian Smith 2543 Melody Lane Rockford, IL 61114 | - | | | | | | | 18.80 |

Sheet no. __15__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                                    ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Cash or store credit | | | | |
| **Bridget Humphrey** **5545 Windy Knoll** **Loves Park, IL 61111** | | | | | | | | 28.83 |
| Account No. | | - | | Cash or store credit | | | | |
| **Brittany Johnson** **1313 Charles Street** **Rockford, IL 61104** | | | | | | | | 0.90 |
| Account No. | | - | | Cash or store credit | | | | |
| **Brittany Murray** **614 11th Street** **Rockford, IL 61104** | | | | | | | | 9.80 |
| Account No. | | - | | Cash or store credit | | | | |
| **Brooke Hermanowicz** **4952 Pine Cove Court** **Loves Park, IL 61111** | | | | | | | | 15.10 |
| Account No. | | - | | Cash or store credit | | | | |
| **Bryan Snow** **333 Memorial Street** **Rockford, IL 61102** | | | | | | | | 1.93 |

Sheet no. __16__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **56.56**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bryan Snow**<br>**333 Memorial Street**<br>**Rockford, IL 61102** | - | | **Product held for consignment** | | | | 10.00 |
| Account No.<br><br>**Cameron Henderson**<br>**904 24th Street**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 3.96 |
| Account No.<br><br>**Carla Logan**<br>**803 Garfiled Avenue**<br>**Rockford, IL 61103** | - | | **Cash or store credit** | | | | 5.30 |
| Account No.<br><br>**Carley E. Mead**<br>**3525 Normandy Avenue**<br>**Rockford, IL 61103** | - | | **Cash or store credit** | | | | 52.00 |
| Account No.<br><br>**Carlos Chacon**<br>**6325 Nimtz Road**<br>**Loves Park, IL 61111** | - | | **Cash or store credit** | | | | 3.00 |

Sheet no. __17__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Cash or store credit | | | | |
| Carlton Dean 3105 Harney Court Rockford, IL 61108 | - | | | | | | 9.00 |
| Account No. | | | Cash or store credit | | | | |
| Carmel Duffy 1543 Wind Trace Court Rockton, IL 61072 | - | | | | | | 14.50 |
| Account No. | | | Cash or store credit | | | | |
| Carol Ackerman 2111 Taliesen Lane Rockford, IL 61107 | - | | | | | | 20.80 |
| Account No. | | | Cash or store credit | | | | |
| Carol Brosend 972 Campton Drive Rockford, IL 61102 | - | | | | | | 6.00 |
| Account No. | | | Product held for consignment | | | | |
| Carol Brosend 972 Campton Drive Rockford, IL 61102 | - | | | | | | 11.25 |

Sheet no. __18__ of __156__ sheets attached to Schedule of                                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)                   61.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Carol Hart<br>7724 Stephens Road<br>Rockton, IL 61072 | | - | | Cash or store credit | | | | 31.12 |
| Account No.<br><br>Carol Martin<br>643 Kingsbury Court<br>Algonquin, IL 60102 | | - | | Cash or store credit | | | | 4.34 |
| Account No.<br><br>Carolyn Arango<br>920  Bluecrest Drive<br>Rockford, IL 61107 | | - | | Cash or store credit | | | | 8.40 |
| Account No.<br><br>Carolyn Barclay<br>6549 S. Rock City Road<br>German Valley, IL 61039 | | - | | Cash or store credit | | | | 15.70 |
| Account No.<br><br>Carolyn Sergent<br>917 Highview Avenue<br>Rockford, IL 61107 | | - | | Cash or store credit | | | | 0.98 |

Sheet no. __19__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                              ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Carrie Beck**<br>**871 Prairie Lily Lane**<br>**Rockford, IL 61108** | | - | | **Cash or store credit** | | | | **11.35** |
| Account No.<br><br>**Carrie Carpenter**<br>**2321 Broadway #3**<br>**Rockford, IL 61104** | | - | | **Cash or store credit** | | | X | **9.00** |
| Account No.<br><br>**Carrie Dawdy**<br>**3710 Connecticut Drive**<br>**Rockford, IL 61108** | | - | | **Cash or store credit** | | | | **2.49** |
| Account No.<br><br>**Carrie Goings**<br>**3674 Woodmar Road**<br>**Rockford, IL 61114** | | - | | **Cash or store credit** | | | | **14.69** |
| Account No.<br><br>**Carrie Schrader**<br>**3548 Chad Street**<br>**Rockford, IL 61102** | | - | | **Cash or store credit** | | | | **9.15** |

Sheet no. __20__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                         ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Cash or store credit | | | | |
| Casandra Peters 2807 Rudeen Close #3 Rockford, IL 61108 | | | | | | | | 0.28 |
| Account No. | | - | | Cash or store credit | | | | |
| Cassandra Richardson 2911 Preston Street Rockford, IL 61102 | | | | | | | | 6.42 |
| Account No. | | - | | Cash or store credit | | | | |
| Cassie McKee 2104 7th Street Rockford, IL 61104 | | | | | | | | 3.84 |
| Account No. | | - | | Cash or store credit | | | | |
| Cathie Boyer 3311 6th Avenue Rockford, IL 61108 | | | | | | | | 0.11 |
| Account No. | | - | | Cash or store credit | | | | |
| Cathie Mayer 4935 Linden Road Rockford, IL 61109 | | | | | | | | 40.10 |

Sheet no. __21__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    50.75

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Cathy Alexander 2134 Winding Road Belvidere, IL 61008 | - | | | | | | | 16.70 |
| Account No. | | | | Cash or store credit | | | | |
| Cathy Cave 1231 10th Avenue Rockford, IL 61104 | - | | | | | | | 1.36 |
| Account No. | | | | Cash or store credit | | | | |
| Cecilia Lander 309 W. Main Street Durand, IL 61024 | - | | | | | | | 5.86 |
| Account No. | | | | Cash or store credit | | | | |
| Cera Payne 4718 Haverhill Drive Rockford, IL 61107 | - | | | | | | | 12.10 |
| Account No. | | | | Cash or store credit | | | | |
| Chad Soderberg 122 Sanctuary Road Rockton, IL 61072 | - | | | | | | | 7.20 |

Sheet no. __22__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            43.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc**                        , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Chamicwa Black 1518 Chestnut Street Rockford, IL 61102 | - | | | | | | | 3.90 |
| Account No. | | | | Cash or store credit | | | | |
| Charlene Cardona 1362 N. Greenview Rockford, IL 61101 | - | | | | | | | 2.90 |
| Account No. | | | | Cash or store credit | | | | |
| Charlene Sanders 11424 Caledonia Road Belvidere, IL 61008 | - | | | | | | | 32.16 |
| Account No. | | | | Cash or store credit | | | | |
| Charles Parrovechio 481 Bienterra Trail #4 Rockford, IL 61107 | - | | | | | | | 37.40 |
| Account No. | | | | Cash or store credit | | | | |
| Charley Carlson 215 S. Vale Avenue Rockford, IL 61108 | - | | | | | | | 6.60 |

Sheet no. __23__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    82.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Charo Garlitz**<br>**1713 Burton Street**<br>**Rockford, IL 61103** | | - | | | | | 2.30 |
| Account No. | | | Cash or store credit | | | | |
| **Cheri Smith**<br>**1753 Red Oak Lane**<br>**Rockford, IL 61107** | | - | | | | | 5.20 |
| Account No. | | | Cash or store credit | | | | |
| **Cheryl Bates**<br>**439 Creekview Lane**<br>**Rockford, IL 61114** | | - | | | | | 10.65 |
| Account No. | | | Cash or store credit | | | | |
| **Chris Straub**<br>**4709 Orchard Avenue**<br>**Rockford, IL 61108** | | - | | | | | 5.95 |
| Account No. | | | Cash or store credit | | | | |
| **Chris Tremblay**<br>**639 McHenry Avenue**<br>**Woodstock, IL 60098** | | - | | | | | 0.64 |

Sheet no. __24__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Chris Wessels**<br>**6568 Prairie Street**<br>**Garden Prairie, IL 61038** | - | | | **Cash or store credit** | | | | 55.10 |
| Account No.<br><br>**Christa Balnius**<br>**6404 Simpson Road**<br>**Rockford, IL 61102** | - | | | **Cash or store credit** | | | | 0.80 |
| Account No.<br><br>**Christi McWilliams**<br>**1897 Sunrise Drive**<br>**Rockton, IL 61072** | - | | | **Cash or store credit** | | | | 18.79 |
| Account No.<br><br>**Christi McWilliams**<br>**1897 Sunrise Drive**<br>**Rockton, IL 61072** | - | | | **Product held for consignment** | | | | 54.25 |
| Account No.<br><br>**Christina Castle**<br>**1830 Winchester Drive**<br>**Freeport, IL 61032** | - | | | **Cash or store credit** | | | | 5.50 |

Sheet no. __25__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

134.44

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Christina Hutchinson 118 Laclede Avenue Rockford, IL 61102 | - | | | | | | 8.19 |
| Account No. | | | Cash or store credit | | | | |
| Christina McGraw 1519 13th Street Rockford, IL 61104 | - | | | | | | 3.91 |
| Account No. | | | Cash or store credit | | | | |
| Christina Monarrez 8212 Shore Drive, Apt. 2 Machesney Park, IL 61115 | - | | | | | | 12.42 |
| Account No. | | | Product held for consignment | | | | |
| Christina Monarrez 8212 Shore Drive, Apt. 2 Machesney Park, IL 61115 | - | | | | | | 62.50 |
| Account No. | | | Cash or store credit | | | | |
| Christine Christenson 135 Summit Street Rockford, IL 61108 | - | | | | | | 35.00 |

Sheet no. __26__ of __156__ sheets attached to Schedule of                                          Subtotal                  122.02
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Christine Edwards 10748 Clinton Corners Road Clinton, WI 53525 | - | | | | | | | 9.78 |
| Account No. | | | | Cash or store credit | | | | |
| Christine Glogowski 5110 Highcrest Road Rockford, IL 61107 | - | | | | | | | 8.12 |
| Account No. | | | | Cash or store credit | | | | |
| Christine Hansen 3519 Robey Avenue Rockford, IL 61103 | - | | | | | | | 3.75 |
| Account No. | | | | Cash or store credit | | | | |
| Christine Rogalin 843 W. Locust Street Belvidere, IL 61008 | - | | | | | | | 11.13 |
| Account No. | | | | Cash or store credit | | | | |
| Cindy Harris 1315 26th Street Rockford, IL 61108 | - | | | | | | | 12.25 |

Sheet no. __27__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45.03

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Cindy Higgins 525 Wilshire Drive Machesney Park, IL 61115** | - | | | | | | **11.60** |
| Account No. | | | Cash or store credit | | | | |
| **Cindy Ralston 7709 Mill Road Rockford, IL 61108** | - | | | | | | **9.90** |
| Account No. | | | Cash or store credit | | | | |
| **Claudia Hernandez 208 Bree Drive Poplar Grove, IL 61065** | - | | | | | | **4.00** |
| Account No. | | | Cash or store credit | | | | |
| **Clementina Bautista 2706 Hanson Street Rockford, IL 61109** | - | | | | | | **22.10** |
| Account No. | | | Cash or store credit | | | | |
| **Connie Lindstedt 1724 20th Street Rockford, IL 61104** | - | | | | | | **6.15** |

Sheet no. __28__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **53.75**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Kidz Closet Consignments and Resale, Inc**                          ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Connie Palmer**<br>**733 Merrill Avenue**<br>**Loves Park, IL 61111** | - | | **Cash or store credit** | | | | **11.90** |
| Account No.<br><br>**Connie Richardson**<br>**7204 Laurel Cherry Drive**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | **8.15** |
| Account No.<br><br>**Courtney Gonzalez**<br>**315 Hollister Avenue**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | **24.79** |
| Account No.<br><br>**Courtney Sesko**<br>**110 S. Fifth Street**<br>**Kirkland, IL 60146** | - | | **Cash or store credit** | | | | **8.86** |
| Account No.<br><br>**Courtney Smith**<br>**1427 Meadow Court**<br>**Rockford, IL 61104** | - | | **Cash or store credit** | | | | **1.15** |

Sheet no. __29__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **54.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Cynthia Fornstedt 417 S. Gardiner Rockford, IL 61104** | - | | | | | | 3.18 |
| Account No. | | | Cash or store credit | | | | |
| **Cynthia Hansen 2820 Langstone Drive Rockford, IL 61109** | - | | | | | | 5.58 |
| Account No. | | | Cash or store credit | | | | |
| **Cynthia Popowski 218 Bree Drive Poplar Grove, IL 61065** | - | | | | | | 9.54 |
| Account No. | | | Cash or store credit | | | | |
| **Cynthia Welte 8146 Round Table Lane Roscoe, IL 61073** | - | | | | | | 19.61 |
| Account No. | | | Cash or store credit | | | | |
| **Dana Angileri 5233 Welsh Road Rockford, IL 61107** | - | | | | | | 13.46 |

Sheet no. __30__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            51.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                      ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Dana Loner 123 Robert Avenue Rockford, IL 61107 | - | | | | | | | 5.80 |
| Account No. | | | | Cash or store credit | | | | |
| Danielle Doyle 4157 Ashwinton Way Rockford, IL 61107 | - | | | | | | | 3.04 |
| Account No. | | | | Cash or store credit | | | | |
| Danielle Smith 315 S. Vale Avenue Rockford, IL 61108 | - | | | | | | | 13.27 |
| Account No. | | | | Cash or store credit | | | | |
| Darlee Dostal 5996 Kelmor Drive Roscoe, IL 61073 | - | | | | | | | 38.30 |
| Account No. | | | | Cash or store credit | | | | |
| Dawn Fielder 1114 Emerald Machesney Park, IL 61115 | - | | | | | | | 1.26 |

Sheet no. __31__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                61.67

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Dawn Fitch 5262 Tenby Chase Loves Park, IL 61111 | | - | | | | | 3.50 |
| Account No. | | | Cash or store credit | | | | |
| Dawn Franck 1105 Santa Fe Davis Junction, IL 61020 | | - | | | | | 0.92 |
| Account No. | | | Cash or store credit | | | | |
| Dawn Miller 2154 Grandchester Place Rockford, IL 61107 | | - | | | | | 1.60 |
| Account No. | | | Cash or store credit | | | | |
| Dawn Smolinski 4823 Brookview Rockford, IL 61107 | | - | | | | | 5.18 |
| Account No. | | | Cash or store credit | | | | |
| Dean Lewandowski 351 Harwich Rockton, IL 61072 | | - | | | | | 26.47 |

Sheet no. __32__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Deanna Watts 5408 Arnold Court Rockford, IL 61108 | - | | | | | | | 6.88 |
| Account No. | | | | Cash or store credit | | | | |
| Deb Rogers 6344 Torch Lite Trail Loves Park, IL 61111 | - | | | | | | | 10.89 |
| Account No. | | | | Cash or store credit | | | | |
| Deb Stafford 1311 Widergren Drive Rockford, IL 61108 | - | | | | | | | 20.00 |
| Account No. | | | | Cash or store credit | | | | |
| Debbie Carlston 957 N. Court Street Rockford, IL 61103 | - | | | | | | | 14.04 |
| Account No. | | | | Cash or store credit | | | | |
| Debbie Foss 2403 17th Avenue Rockford, IL 61108 | - | | | | | | | 12.74 |

Sheet no. __33__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    64.55

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Debbie Foss 2403 17th Avenue Rockford, IL 61108 | - | | | | | | | 10.75 |
| Account No. | | | | Cash or store credit | | | | |
| Debbie Hammond 630 Pope Street Rockford, IL 61104 | - | | | | | | | 1.55 |
| Account No. | | | | Cash or store credit | | | | |
| Debi Kaplan 522 Laurel Drive Rockford, IL 61107 | - | | | | | | | 2.79 |
| Account No. | | | | Cash or store credit | | | | |
| Debra Cannon 202 McLain Avenue Rockford, IL 61102 | - | | | | | | | 1.54 |
| Account No. | | | | Cash or store credit | | | | |
| Dede Arnold PO Box 293 Cedarville, IL 61013 | - | | | | | | | 68.38 |

Sheet no. __34__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Dede Arnold PO Box 293 Cedarville, IL 61013 | - | | | | | | | 185.75 |
| Account No. | | | | Cash or store credit | | | | |
| Deirdre Shugart 5454 Lambeth Drive Rockford, IL 61107 | - | | | | | | | 18.00 |
| Account No. | | | | Cash or store credit | | | | |
| Delilah Alvarez 1975 Stone Mill Road Chana, IL 61015 | - | | | | | | | 6.70 |
| Account No. | | | | Cash or store credit | | | | |
| Demetria Lovett 5715 Forest Hills Road Rockford, IL 61114 | - | | | | | | | 2.50 |
| Account No. | | | | Cash or store credit | | | | |
| Denise Ellison PO Box 6442 Rockford, IL 61125 | - | | | | | | | 1.47 |

Sheet no. __35__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

214.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                          ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Cash or store credit | | | | |
| Denise Falk 3810 Floxglove Lane Winnebago, IL 61088 | | - | | | | | | | 28.03 |
| Account No. | | | | | Cash or store credit | | | | |
| Denise Olesen 2516 Whitehall Lane Rockford, IL 61107 | | - | | | | | | | 7.80 |
| Account No. | | | | | Cash or store credit | | | | |
| Destiny Hannah 757 Belmont Blvd, #103 Rockford, IL 61103 | | - | | | | | | | 54.32 |
| Account No. | | | | | Product held for consignment | | | | |
| Destiny Hannah 757 Belmont Blvd, #103 Rockford, IL 61103 | | - | | | | | | | 155.25 |
| Account No. | | | | | Cash or store credit | | | | |
| Diana Hogshead 1711 Warren Road Rockford, IL 61108 | | - | | | | | | | 30.77 |

Sheet no. __36__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

276.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Cash or store credit | | | | |
| Diana Moore 3890 Dynasty Lane Rockford, IL 61114 | | | | | | | | | 2.41 |
| Account No. | | | - | | Cash or store credit | | | | |
| Diana Perkins 2837 Potter Street Rockford, IL 61109 | | | | | | | | | 9.30 |
| Account No. | | | - | | Cash or store credit | | | | |
| Diana Webster 2636 19th Street Rockford, IL 61109 | | | | | | | | | 12.50 |
| Account No. | | | - | | Product held for consignment | | | | |
| Diana Webster 2636 19th Street Rockford, IL 61109 | | | | | | | | | 11.00 |
| Account No. | | | - | | Cash or store credit | | | | |
| Diane Leeson 2831 Ware Road Rockford, IL 61114 | | | | | | | | | 0.58 |

Sheet no. __37__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc** ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dionna Stevens**<br>**645 Easton Parkway**<br>**Rockford, IL 61108** | | - | **Cash or store credit** | | | | 1.70 |
| Account No.<br><br>**DLynn Barr**<br>**1923 Randolph Drive**<br>**Rockford, IL 61103** | | - | **Cash or store credit** | | | | 2.64 |
| Account No.<br><br>**Donna Blecker**<br>**341 Sheridan Drive**<br>**Loves Park, IL 61111** | | - | **Cash or store credit** | | | | 5.60 |
| Account No.<br><br>**Donna Edwards**<br>**2304 S. 6th Street**<br>**Rockford, IL 61104** | | - | **Cash or store credit** | | | | 1.65 |
| Account No.<br><br>**Donna Findley**<br>**5321 Choctaw Trail**<br>**Rockford, IL 61109** | | - | **Cash or store credit** | | | | 3.50 |

Sheet no. __38__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                          ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Donna Niswanger 3034 17th Street Rockford, IL 61109 | - | | | | | | | 3.20 |
| Account No. | | | | Cash or store credit | | | | |
| Donna Vyborny 2715 Canterbury Lane Rockford, IL 61101 | - | | | | | | | 2.95 |
| Account No. | | | | Cash or store credit | | | | |
| Dorothy Hilden 2915 Billie Road Rockford, IL 61109 | - | | | | | | | 12.00 |
| Account No. | | | | Cash or store credit | | | | |
| Edward Light 2525 Pelham Road Rockford, IL 61107 | - | | | | | | | 1.32 |
| Account No. | | | | Cash or store credit | | | | |
| Effie Selas 3459 Thyme Drive Rockford, IL 61114 | - | | | | | | | 95.65 |

Sheet no. __39__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    115.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Elise Swanson 934 N. Court Street Rockford, IL 61103 | | - | | | | | 1.28 |
| Account No. | | | Cash or store credit | | | | |
| Elizabeth Bernier 3871 Lakeside Drive Rockford, IL 61101 | | - | | | | | 3.12 |
| Account No. | | | Cash or store credit | | | | |
| Elizabeth Carden 12367 Meadow Drive Winnebago, IL 61088 | | - | | | | | 12.09 |
| Account No. | | | Cash or store credit | | | | |
| Elizabeth McGrath 407 Kazimour Drive Port Barrington, IL 60010 | | - | | | | | 2.63 |
| Account No. | | | Cash or store credit | | | | |
| Elizabeth Rowland 1449 S. High Street Freeport, IL 61032 | | - | | | | | 11.12 |

Sheet no. __40__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                30.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Elizabeth Slouber 1222 School Street Rockford, IL 61101 | | - | | | | | 4.51 |
| Account No. | | | Cash or store credit | | | | |
| Ellen Henry 3507 Thyme Drive Rockford, IL 61104 | | - | | | | | 11.70 |
| Account No. | | | Cash or store credit | | | | |
| Ellie Johnson 214 Sherman Lane Poplar Grove, IL 61065 | | - | | | | | 2.00 |
| Account No. | | | Cash or store credit | | | | |
| Emily Stahmann 150 Shadowbrook Drive Capron, IL 61012 | | - | | | | | 11.38 |
| Account No. | | | Cash or store credit | | | | |
| Emma Hunt 815 Overlook Road Rockford, IL 61107 | | - | | | | | 4.81 |

Sheet no. __41__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            34.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                              ,        Case No. _____

                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Cash or store credit | | | | |
| Ericka Grodon 4212 Florida Drive Rockford, IL 61108 | - | | | | | | | | 3.44 |
| Account No. | | | | | Cash or store credit | | | | |
| Erika Royster 1415 5th Avenue Rockford, IL 61104 | - | | | | | | | | 0.56 |
| Account No. | | | | | Cash or store credit | | | | |
| Erin Felton 6142 Charles Street Rockford, IL 61108 | - | | | | | | | | 0.90 |
| Account No. | | | | | Cash or store credit | | | | |
| Erin Kladar 643 E. Franklin Street Rockton, IL 61072 | - | | | | | | | | 1.07 |
| Account No. | | | | | Cash or store credit | | | | |
| Esmeralda Martinez 1419 6th Avenue Rockford, IL 61104 | - | | | | | | | | 1.70 |

Sheet no. __42__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7.67

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc** , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Eva Lopez 1924 Douglas Street Rockford, IL 61103 | | - | | | | | 2.80 |
| Account No. | | | Cash or store credit | | | | |
| Falysha McKeown 607 S. Rockford Avenue Rockford, IL 61104 | | - | | | | | 3.12 |
| Account No. | | | Cash or store credit | | | | |
| Francie Pollock 7218 Sentinel Road Rockford, IL 61107 | | - | | | | | 34.55 |
| Account No. | | | Cash or store credit | | | | |
| FRank Cudia 409 27th Street Rockford, IL 61108 | | - | | | | | 13.50 |
| Account No. | | | Cash or store credit | | | | |
| George Bohn 246 LIberty Blvd. Machesney Park, IL 61115 | | - | | | | | 15.25 |

Sheet no. __43__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 69.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Gigi Hanna 1817 Hancock Street Rockford, IL 61103 | - | | | | | | | 9.60 |
| Account No. | | | | Cash or store credit | | | | |
| Gina Carlton 825 Stuyvesant Drive Loves Park, IL 61111 | - | | | | | | | 18.20 |
| Account No. | | | | Cash or store credit | | | | |
| Ginger Kunz 609 Dawson Avenue Rockford, IL 61107 | - | | | | | | | 2.69 |
| Account No. | | | | Cash or store credit | | | | |
| Ginger Setinc 123 Greenview Avenue Machesney Park, IL 61115 | - | | | | | | | 5.60 |
| Account No. | | | | Cash or store credit | | | | |
| Ginny York 2817 Halsted Road Rockford, IL 61101 | - | | | | | | | 0.74 |

Sheet no. __44__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gloria Shelby**<br>**615 Woodlawn Avenue**<br>**Rockford, IL 61103** | - | | **Cash or store credit** | | | | 1.50 |
| Account No.<br><br>**Gordon Hyser**<br>**216 Summitt Street**<br>**Poplar Grove, IL 61065** | - | | **Cash or store credit** | | | | 3.77 |
| Account No.<br><br>**Grace Dark**<br>**4008 Shirley Road**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 2.76 |
| Account No.<br><br>**Grace Johnson**<br>**127 Robert Avenue**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | 11.60 |
| Account No.<br><br>**Gretchen Alvarez**<br>**316 Chestnut Court**<br>**Rockford, IL 61102** | - | | **Cash or store credit** | | | | 7.42 |

Sheet no. __45__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Cash or store credit | | | | |
| Gretchen Schwalbach 2702 E. State Street Belvidere, IL 61008 | | - | | | | | | 5.32 |
| Account No. | | | | Cash or store credit | | | | |
| Gwen Prescott 2680 Rudeen Rockford, IL 61108 | | - | | | | | | 3.55 |
| Account No. | | | | Cash or store credit | | | | |
| Heather Champion 713 N. Chicago Avenue Rockford, IL 61107 | | - | | | | | | 49.48 |
| Account No. | | | | Cash or store credit | | | | |
| Heather Deming 124 N. Vale Avenue Rockford, IL 61107 | | - | | | | | | 0.55 |
| Account No. | | | | Cash or store credit | | | | |
| Heather Goedert 731 Drexel Blvd. Machesney Park, IL 61115 | | - | | | | | | 16.10 |

Sheet no. __46__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                                                          
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Heather Hulmes 1029 E. Main Street Rockton, IL 61072 | - | | | | | | | 1.35 |
| Account No. | | | | Cash or store credit | | | | |
| Heather McDaniel 316 Seminole Avenue Rockford, IL 61102 | - | | | | | | | 1.01 |
| Account No. | | | | Cash or store credit | | | | |
| Heather Nieves 3207 Orleans Avenue Machesney Park, IL 61115 | - | | | | | | | 0.15 |
| Account No. | | | | Cash or store credit | | | | |
| Heather Scheidenhelm 510 N. London Avenue Rockford, IL 61107 | - | | | | | | | 13.80 |
| Account No. | | | | Cash or store credit | | | | |
| Heather Shannon 1712 SExton Drive Rockford, IL 61108 | - | | | | | | | 2.63 |

Sheet no. __47__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Heather Sofran<br>1237 Revell Avenue<br>Rockford, IL 61107 | - | | Cash or store credit | | | | 6.63 |
| Account No.<br><br>Heather Tufte<br>206 Daisyfield Road<br>Rockford, IL 61102 | - | | Cash or store credit | | | | 4.58 |
| Account No.<br><br>Heather Wright<br>10317 Pinesap Place<br>Roscoe, IL 61073 | - | | Cash or store credit | | | | 1.25 |
| Account No.<br><br>Heidi Scott<br>307 N. London Avenue<br>Rockford, IL 61107 | - | | Cash or store credit | | | | 13.60 |
| Account No.<br><br>Heidi Scott<br>307 N. London Avenue<br>Rockford, IL 61107 | - | | Product held for consignment | | | | 46.00 |

Sheet no. __48__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                72.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Holly Lang 1532 Crosby Street Rockford, IL 61107 | - | | | | | | | 15.12 |
| Account No. | | | | Cash or store credit | | | | |
| Jackie Baker Roscoe, IL 61073 | - | | | | | | | 10.50 |
| Account No. | | | | Cash or store credit | | | | |
| Jackie Beavers 3316 E. State Street Rockford, IL 61107 | - | | | | | | | 2.99 |
| Account No. | | | | Cash or store credit | | | | |
| Jacqueline Parker 1540 Freedom Walk H7 Dixon, IL 61021 | - | | | | | | | 8.52 |
| Account No. | | | | Cash or store credit | | | | |
| Jacqui Bogle 6165 S. Brooklyn Road Rochelle, IL 61068 | - | | | | | | | 78.36 |

Sheet no. __49__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            115.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                                         ,        Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Product held for consignment | | | | |
| Jacqui Bogle 6165 S. Brooklyn Road Rochelle, IL 61068 | - | | | | | | | | 197.55 |
| Account No. | | | | | Cash or store credit | | | | |
| Jakichi Bailey 2140 10th Street Rockford, IL 61104 | - | | | | | | | | 1.60 |
| Account No. | | | | | Cash or store credit | | | | |
| James Stripling 5129 Sandstone Drive Loves Park, IL 61111 | - | | | | | | | | 8.90 |
| Account No. | | | | | Cash or store credit | | | | |
| Jamie Evans PO Box 616 Roscoe, IL 61073 | - | | | | | | | | 15.30 |
| Account No. | | | | | Cash or store credit | | | | |
| Jamie Hagerman 10316 Monarch Road Roscoe, IL 61073 | - | | | | | | | | 45.47 |

Sheet no. __50__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     268.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                           ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jamie Wehrle 1603 Jonathan Avenue Rockford, IL 61103 | - | | | | | | | 19.48 |
| Account No. | | | | Cash or store credit | | | | |
| Jamila Green 5676 Covey Ridge Trail Loves Park, IL 61111 | - | | | | | | | 1.40 |
| Account No. | | | | Cash or store credit | | | | |
| Jan Stary 3068 E. 6th Street Belvidere, IL 61008 | - | | | | | | | 0.60 |
| Account No. | | | | Cash or store credit | | | | |
| Jana Grusy 1007 23rd Street Rockford, IL 61108 | - | | | | | | | 1.50 |
| Account No. | | | | Cash or store credit | | | | |
| Jane Erickson 4606 Spring Brook Road Rockford, IL 61114 | - | | | | | | | 19.95 |

Sheet no. __51__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        42.93

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                        ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jane Miller<br>3000 W. Loras<br>Freeport, IL 61032 | - | | Cash or store credit | | | | 4.56 |
| Account No.<br><br>Janet Buchanan<br>6057 Elderberry Lane<br>Cherry Valley, IL 61016 | - | | Cash or store credit | | | | 10.33 |
| Account No.<br><br>Janet Dunbaugh<br>1021 Portsmouth Drive<br>Rockford, IL 61102 | - | | Cash or store credit | | | | 29.96 |
| Account No.<br><br>Janine Higgs<br>1620 7th Street #1<br>Rockford, IL 61104 | - | | Cash or store credit | | | | 0.37 |
| Account No.<br><br>Jaquelyn Wick<br>3312 California Road<br>Rockford, IL 61108 | - | | Cash or store credit | | | | 11.20 |

Sheet no. __52__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Jeanine Miller 207 S. Gardiner Avenue Rockford, IL 61104 | | - | | | | | 1.52 |
| Account No. | | | Cash or store credit | | | | |
| Jeannie Joseph 108 Thornhill Drive Poplar Grove, IL 61065 | | - | | | | | 11.30 |
| Account No. | | | Cash or store credit | | | | |
| Jeannie Long 1803 26th Street Rockford, IL 61108 | | - | | | | | 83.73 |
| Account No. | | | Cash or store credit | | | | |
| Jeff Kindgren 1785 S. Trainer Road Rockford, IL 61108 | | - | | | | | 31.68 |
| Account No. | | | Product held for consignment | | | | |
| Jeff Kindgren 1785 S. Trainer Road Rockford, IL 61108 | | - | | | | | 62.20 |

Sheet no. __53__ of __156__ sheets attached to Schedule of         Subtotal          | 190.43
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                              ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Cash or store credit | | | | |
| Jen Graves 3604 Lookout Drive Rockford, IL 61109 | | - | | | | | | | 18.54 |
| Account No. | | | | | Cash or store credit | | | | |
| Jen Lewandowski 813 Fitch Road Rockford, IL 61109 | | - | | | | | | | 6.97 |
| Account No. | | | | | Cash or store credit | | | | |
| Jen McGonigal 4680 Appell Lane Cherry Valley, IL 61016 | | - | | | | | | | 1.40 |
| Account No. | | | | | Cash or store credit | | | | |
| Jen Warke 1437 Greenwood Avenue Rockford, IL 61107 | | - | | | | | | | 29.20 |
| Account No. | | | | | Product held for consignment | | | | |
| Jen Warke 1437 Greenwood Avenue Rockford, IL 61107 | | - | | | | | | | 42.25 |

Sheet no. __54__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

98.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                         ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jenna Cornelius**<br>**1315 27th Street**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 7.49 |
| Account No.<br><br>**Jennifer Anderson**<br>**2307 22nd Street**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 0.38 |
| Account No.<br><br>**Jennifer Black**<br>**905 W. Washington Street #6**<br>**Oregon, IL 61061** | - | | **Cash or store credit** | | | | 9.74 |
| Account No.<br><br>**Jennifer Bussan**<br>**13073 Country Meadow**<br>**Winnebago, IL 61088** | - | | **Cash or store credit** | | | | 1.58 |
| Account No.<br><br>**Jennifer Hoekman**<br>**3321 Kimball Road**<br>**Rockford, IL 61114** | - | | **Cash or store credit** | | | | 28.70 |

Sheet no. __55__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                    ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Jennifer Hultgren 1934 Harlem Blvd. Rockford, IL 61103 | - | | | | | | 0.14 |
| Account No. | | | Cash or store credit | | | | |
| Jennifer Jess 217 River Park Road #2 Loves Park, IL 61111 | - | | | | | | 6.20 |
| Account No. | | | Cash or store credit | | | | |
| Jennifer Kasten 3361 Aquamarine Drive Rockford, IL 61102 | - | | | | | | 6.40 |
| Account No. | | | Cash or store credit | | | | |
| Jennifer Kersey 1910 Price Street Rockford, IL 61103 | - | | | | | | 27.84 |
| Account No. | | | Cash or store credit | | | | |
| Jennifer Kuehnl 2818 Crampton Lane Rockford, IL 61114 | - | | | | | | 17.50 |

Sheet no. __56__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       58.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Jennifer Lassandro 1156 Butler Road Rockford, IL 61108 | - | | | | | | 8.99 |
| Account No. | | | Product held for consignment | | | | |
| Jennifer Lassandro 1156 Butler Road Rockford, IL 61108 | - | | | | | | 103.25 |
| Account No. | | | Cash or store credit | | | | |
| Jennifer Matzl 11792 Dundee Avenue Belvidere, IL 61008 | - | | | | | | 21.15 |
| Account No. | | | Product held for consignment | | | | |
| Jennifer Matzl 11792 Dundee Avenue Belvidere, IL 61008 | - | | | | | | 73.50 |
| Account No. | | | Cash or store credit | | | | |
| Jennifer Maxwell 120 N. Ulster Street Cherry Valley, IL 61016 | - | | | | | | 5.40 |

Sheet no. __57__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      212.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer McCardle 1211 Crosby Street Rockford, IL 61107 | - | | | | | | | 14.08 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Meyer 2450 Cranston Road Beloit, WI 53511 | - | | | | | | | 34.73 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Moore 359 Brentwood Road Machesney Park, IL 61115 | - | | | | | | | 55.22 |
| Account No. | | | | Product held for consignment | | | | |
| Jennifer Moore 359 Brentwood Road Machesney Park, IL 61115 | - | | | | | | | 111.00 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Perez 2025 Pierce Avenue Rockford, IL 61103 | - | | | | | | | 5.19 |

Sheet no. __58__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                220.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Pool 1910 Price Street Rockford, IL 61103 | - | | | | | | | 16.72 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Rizzo 2237 Canary Drive #11 Rockford, IL 61103 | - | | | | | | | 16.09 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Smith 5814 Flambeau Court Rockford, IL 61114 | - | | | | | | | 8.57 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Tucker 2216 Arnold Avenue Rockford, IL 61108 | - | | | | | | | 17.23 |
| Account No. | | | | Cash or store credit | | | | |
| Jennifer Webb 328 Churchill Street Rockford, IL 61103 | - | | | | | | | 1.89 |

Sheet no. _**59**_ of _**156**_ sheets attached to Schedule of                    Subtotal                    60.50
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**      ,      Case No. _____
                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Cash or store credit | | | | |
| **Jennifer Williams** **5717 Forest Hills Road** **Rockford, IL 61114** | | | | | | | | 3.04 |
| Account No. | | - | | Cash or store credit | | | | |
| **Jennifer Zalapi** **12780 Vivian Court** **Rockton, IL 61072** | | | | | | | | 5.27 |
| Account No. | | - | | Cash or store credit | | | | |
| **Jenny Cushing** **3252 Windsong** **Rockford, IL 61114** | | | | | | | | 101.35 |
| Account No. | | - | | Cash or store credit | | | | |
| **Jenny Stauffer** **612 N. Prospect** **Rockford, IL 61107** | | | | | | | | 6.61 |
| Account No. | | - | | Cash or store credit | | | | |
| **Jerilyn French** **1628 Crosby Street** **Rockford, IL 61108** | | | | | | | | 28.17 |

Sheet no. __60__ of __156__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)       **144.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                    ,          Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Product held for consignment | | | | |
| Jerilyn French 1628 Crosby Street Rockford, IL 61108 | - | | | | | | 64.25 |
| Account No. | | | Cash or store credit | | | | |
| Jerry Hill 1409 Iles Avenue Belvidere, IL 61008 | - | | | | | | 4.94 |
| Account No. | | | Cash or store credit | | | | |
| Jessica Buck 414 S. Lombard Avenue Oak Park, IL 60302 | - | | | | | | 12.00 |
| Account No. | | | Cash or store credit | | | | |
| Jessica Cicogna 8752 Belvoir Drive Belvidere, IL 61008 | - | | | | | | 6.06 |
| Account No. | | | Product held for consignment | | | | |
| Jessica Cicogna 8752 Belvoir Drive Belvidere, IL 61008 | - | | | | | | 73.45 |

Sheet no. __61__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Clements 16075 4th Street Rockford, IL 61104 | - | | | | | | | 3.26 |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Diehl 2218 Broadway Rockford, IL 61104 | - | | | | | | | 3.20 |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Gierut 2229 7th Avenue #3 Rockford, IL 61104 | - | | | | | | | 3.79 |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Hendeson 7072 Salzbrenner Lane Machesney Park, IL 61115 | - | | | | | | | 5.57 |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Jacobs 11005 Centennial Drive Roscoe, IL 61073 | - | | | | | | | 3.79 |

Sheet no. __62__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Ruiz 5965 Princess Drive Rockford, IL 61108 | - | | | | | | | 6.39 |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Verdier 1507 S. 6th Street Rockford, IL 61104 | - | | | | | | | 2.40 |
| Account No. | | | | Cash or store credit | | | | |
| Jessica Wilson 1055 Hess Court Rockford, IL 61101 | - | | | | | | | 1.46 |
| Account No. | | | | Cash or store credit | | | | |
| Jill Beyer 9024 Harrison Road Winnebago, IL 61088 | - | | | | | | | 4.88 |
| Account No. | | | | Cash or store credit | | | | |
| Jill Camling 6571 Kathryn Road Oregon, IL 61061 | - | | | | | | | 1.60 |

Sheet no. __63__ of __156__ sheets attached to Schedule of                      Subtotal                      16.73
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jill Greenig 328 N. Rockford Rockford, IL 61107 | - | | | | | | | 16.59 |
| Account No. | | | | Cash or store credit | | | | |
| Jill Reed 2020 Arthur Avenue Rockford, IL 61101 | - | | | | | | | 1.86 |
| Account No. | | | | Cash or store credit | | | | |
| Joan Moss 3381 Fawnridge Drive Rockford, IL 61114 | - | | | | | | | 2.40 |
| Account No. | | | | Cash or store credit | | | | |
| Joan Wilken 240 Northway Road Machesney Park, IL 61115 | - | | | | | | | 3.60 |
| Account No. | | | | Cash or store credit | | | | |
| Jodi Carlson-Huffman 2322 Springbrook Avenue Rockford, IL 61107 | - | | | | | | | 1.00 |

Sheet no. __64__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25.45

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc**                                    Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Jodi Howell PO Box 245 Paw Paw, IL 61353 | - | | | | | | | 14.12 |
| Account No. | | | | Cash or store credit | | | | |
| Jody Vautsmeier 425 N. Oak Knolls Avenue Rockford, IL 61108 | - | | | | | | | 8.85 |
| Account No. | | | | Cash or store credit | | | | |
| Joella Anderson 2324 26th Street Rockford, IL 61108 | - | | | | | | | 16.77 |
| Account No. | | | | Cash or store credit | | | | |
| JoEllen Winterton 2761 E. Deer Path Road Byron, IL 61010 | - | | | | | | | 34.60 |
| Account No. | | | | Cash or store credit | | | | |
| Johanna Meneses 705 11th Street Rockford, IL 61104 | - | | | | | | | 12.44 |

Sheet no. __65__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| John Glennon 5124 Parliament Place Rockford, IL 61107 | - | | | | | | | 3.08 |
| Account No. | | | | Cash or store credit | | | | |
| John Norman 12409 Brandhern Beloit, WI 53511 | - | | | | | | | 8.40 |
| Account No. | | | | Cash or store credit | | | | |
| Jon Crowell 3826 Meed Creek Road Mount Morris, IL 61054 | - | | | | | | | 9.00 |
| Account No. | | | | Cash or store credit | | | | |
| Joseph Carrell 4350 Wildwood Lane Rockford, IL 61101 | - | | | | | | | 11.88 |
| Account No. | | | | Cash or store credit | | | | |
| Joy Plankey 3111 Riverside Drive Beloit, WI 53511 | - | | | | | | | 1.20 |

Sheet no. __66__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    33.56

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Joyce Craig 619 St. Louis Avenue Rockford, IL 61104 | - | | | | | | 3.93 |
| Account No. | | | Cash or store credit | | | | |
| Joyce Sweeney 3037 10th Street Rockford, IL 61109 | - | | | | | | 6.50 |
| Account No. | | | Cash or store credit | | | | |
| Judith Lamantia 4804 Stirrup Cup Court Loves Park, IL 61111 | - | | | | | | 11.80 |
| Account No. | | | Cash or store credit | | | | |
| Judy Lee 816 12th Street Rockford, IL 61104 | - | | | | | | 3.48 |
| Account No. | | | Cash or store credit | | | | |
| Judy Wille 4770 Lincliff Drive Rockford, IL 61109 | - | | | | | | 1.67 |

Sheet no. __67__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27.38

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Julee Ambruoso 6977 Hiatt Drive Rockford, IL 61114 | | - | | | | | 40.03 |
| Account No. | | | Cash or store credit | | | | |
| Julia Boggs 2542 Hawthorne Drive Beloit, WI 53511 | | - | | | | | 10.60 |
| Account No. | | | Cash or store credit | | | | |
| Julia Caruso 419 Market Street Rockford, IL 61104 | | - | | | | | 30.47 |
| Account No. | | | Cash or store credit | | | | |
| Julia Guerrero 1912 Eastmoreland Rockford, IL 61108 | | - | | | | | 0.15 |
| Account No. | | | Cash or store credit | | | | |
| Julie A. Hauser 3262 Pepper Court Rockford, IL 61114 | | - | | | | | 2.40 |

Sheet no. __68__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **83.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                              , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Julie Brainer**<br>**919 18th Street**<br>**Rockford, IL 61104** | - | | | **Product held for consignment** | | | | 7.25 |
| Account No.<br><br>**Julie Eldridge**<br>**7607 Venus Street**<br>**Loves Park, IL 61111** | - | | | **Cash or store credit** | | | | 2.80 |
| Account No.<br><br>**Julie Erickson**<br>**816 19th Street**<br>**Rockford, IL 61109** | - | | | **Cash or store credit** | | | | 14.90 |
| Account No.<br><br>**Julie Gavic**<br>**1024 Blenheim Drive**<br>**Rockford, IL 61108** | - | | | **Cash or store credit** | | | | 10.72 |
| Account No.<br><br>**Julie Horner**<br>**5040 Welsh Court**<br>**Rockford, IL 61107** | - | | | **Cash or store credit** | | | | 7.08 |

Sheet no. __69__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                          ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Julie Murphy** **1209 Jennie Drive** **Machesney Park, IL 61115** | - | | | | | | 8.00 |
| Account No. | | | Cash or store credit | | | | |
| **Julie Nelson** **227 Skylark Drive** **Rockford, IL 61107** | - | | | | | | 1.90 |
| Account No. | | | Cash or store credit | | | | |
| **Julie Owens** **6217 John Street** **Loves Park, IL 61111** | - | | | | | | 7.24 |
| Account No. | | | Cash or store credit | | | | |
| **Julie Scheskie** **514 Hester** **Silver City, NM 88061** | - | | | | | | 30.20 |
| Account No. | | | Cash or store credit | | | | |
| **Julie Schwenk** **6711 Woodcrest Parkway** **Rockford, IL 61109** | - | | | | | | 27.56 |

Sheet no. __70__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    74.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Product held for consignment | | | | |
| Julie Schwenk 6711 Woodcrest Parkway Rockford, IL 61109 | - | | | | | | 30.50 |
| Account No. | | | Cash or store credit | | | | |
| Kai Mulford 6482 Charles Street Rockford, IL 61108 | - | | | | | | 5.50 |
| Account No. | | | Cash or store credit | | | | |
| Kameron Jones 3525 Normandy Avenue Rockford, IL 61103 | - | | | | | | 10.20 |
| Account No. | | | Cash or store credit | | | | |
| Kara Rehfeldt 1837 Harlem Blvd. Rockford, IL 61103 | - | | | | | | 4.90 |
| Account No. | | | Cash or store credit | | | | |
| Karen Arthurs 3514 Westgage Parkway Rockford, IL 61108 | - | | | | | | 15.02 |

Sheet no. __71__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    66.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                      ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Karen Compton**<br>**815 Jordan Place**<br>**Rockford, IL 61108** | - | | | **Cash or store credit** | | | | **15.20** |
| Account No.<br><br>**Karen Erickson**<br>**1308 Leaman Place**<br>**Rockford, IL 61108** | - | | | **Cash or store credit** | | | | **15.20** |
| Account No.<br><br>**Karen Heivilin**<br>**2810 Concordia Drive**<br>**Rockford, IL 61109** | - | | | **Cash or store credit** | | | | **12.20** |
| Account No.<br><br>**Karen Horning**<br>**223 Washington Street**<br>**Rockford, IL 61104** | - | | | **Cash or store credit** | | | | **15.70** |
| Account No.<br><br>**Karen Locarno**<br>**5219 Regents**<br>**Rockford, IL 61107** | - | | | **Cash or store credit** | | | | **14.15** |

Sheet no. __72__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Karen Olson-Pitkus 3361 Baxter Road Rockford, IL 61109 | | - | | | | | 5.50 |
| Account No. | | | Cash or store credit | | | | |
| Karen Watts 1447 Randall Drive Rockford, IL 61108 | | - | | | | | 10.75 |
| Account No. | | | Cash or store credit | | | | |
| Kari Anne Doss 4104 Auburn Street Rockford, IL 61101 | | - | | | | | 10.00 |
| Account No. | | | Cash or store credit | | | | |
| Kary Clark 4334 Pepper Drive Rockford, IL 61114 | | - | | | | | 6.19 |
| Account No. | | | Cash or store credit | | | | |
| Kathleen Arnold 6455 Springhill Close Rockford, IL 61108 | | - | | | | | 3.20 |

Sheet no. __73__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Cash or store credit | | | | |
| Kathleen Westphal 314 Brown Avenue Rockford, IL 61103 | - | | | | | | | | 5.49 |
| Account No. | | | | | Cash or store credit | | | | |
| Kathy Holt 2320 Ohio Parkway Rockford, IL 61108 | - | | | | | | | | 13.70 |
| Account No. | | | | | Cash or store credit | | | | |
| Kathy Lewellen 531 Rome Avenue Rockford, IL 61107 | - | | | | | | | | 16.53 |
| Account No. | | | | | Cash or store credit | | | | |
| Kathy Prezas 1620 Glenview Road Glenview, IL 60025 | - | | | | | | | | 10.44 |
| Account No. | | | | | Cash or store credit | | | | |
| Kathy Sink 2901 Searles Avenue Rockford, IL 61101 | - | | | | | | | | 12.25 |

Sheet no. __74__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          58.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc** ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Kathy Smith 727 Regan Street Rockford, IL 61107 | | - | | | | | X | 12.66 |
| Account No. | | | | Cash or store credit | | | | |
| Katina Hayes 4535 Apple Orchard Lane Rockford, IL 61108 | | - | | | | | | 4.70 |
| Account No. | | | | Cash or store credit | | | | |
| Keisha Brown 6588 Sonoma Rockford, IL 61114 | | - | | | | | | 18.65 |
| Account No. | | | | Cash or store credit | | | | |
| Kelli J. Rundle 1228 Anee Drive Rockford, IL 61108 | | - | | | | | | 12.20 |
| Account No. | | | | Cash or store credit | | | | |
| Kelly Crary 408 S. Chicago Avenue Rockford, IL 61104 | | - | | | | | | 1.50 |

Sheet no. __75__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    49.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Kelly Fitz** **11910 Ventura Blvd** **Machesney Park, IL 61115** | | - | | | | | 100.04 |
| Account No. | | | Cash or store credit | | | | |
| **Kelly Foree** **14984 Anderson Road** **Durand, IL 61024** | | - | | | | | 0.62 |
| Account No. | | | Cash or store credit | | | | |
| **Kelly Musolf** **12415 Wildflower Lane** **Belvidere, IL 61008** | | - | | | | | 5.60 |
| Account No. | | | Cash or store credit | | | | |
| **Kenisha Lambert** **601 S. Henrietta Avenue** **Rockford, IL 61108** | | - | | | | | 5.10 |
| Account No. | | | Cash or store credit | | | | |
| **Kerri Hartje** **12924 Wild Prairie** **Belvidere, IL 61008** | | - | | | | | 38.50 |

Sheet no. __76__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    149.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Keva Hagan** **4810 Ottawa Road** **Rockford, IL 61107** | - | | | | | | 3.30 |
| Account No. | | | Cash or store credit | | | | |
| **Kevin Cuniff** **12827 Clearwater** **Winnebago, IL 61088** | - | | | | | | 14.64 |
| Account No. | | | Cash or store credit | | | | |
| **Kidz Closet** **2570 Charles Street** **Rockford, IL 61108** | - | | | | | | 3.15 |
| Account No. | | | Cash or store credit | | | | |
| **Kim Brooks** **1631 Cedardale Drive** **Belvidere, IL 61008** | - | | | | | | 6.40 |
| Account No. | | | Cash or store credit | | | | |
| **Kim Conley** **5419 Mark Drive** **Roscoe, IL 61073** | - | | | | | | 3.40 |

Sheet no. __77__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc** _____ ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Kim Cruz** **607 N. Rockford Avenue** **Rockford, IL 61107** | - | | | | | | 8.01 |
| Account No. | | | Cash or store credit | | | | |
| **Kim Finedore** **514 E. Lincoln Avenue** **Belvidere, IL 61008** | - | | | | | | 12.93 |
| Account No. | | | Cash or store credit | | | | |
| **Kim Goebel** **417 Kennon Road** **Rockford IL 61109** | - | | | | | | 6.98 |
| Account No. | | | Cash or store credit | | | | |
| **Kim Knowlton** **4842 Antioch Drive** **Rockford, IL 61109** | - | | | | | | 18.09 |
| Account No. | | | Cash or store credit | | | | |
| **Kim Kott** **5509 Heartwood Lane** **Roscoe, IL 61073** | - | | | | | | 31.36 |

Sheet no. __78__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                  ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kim Kott**<br>**5509 Heartwood Lane**<br>**Roscoe, IL 61073** | - | | **Product held for consignment** | | | | **16.75** |
| Account No.<br><br>**Kim Penticoff**<br>**4225 Pinecrest Road**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | **0.73** |
| Account No.<br><br>**Kim Suydam**<br>**280 E. Fieldstone**<br>**Oak Creek, WI 53154** | - | | **Cash or store credit** | | | | **8.42** |
| Account No.<br><br>**Kim Sweezy**<br>**Machesney Park, IL 61115** | - | | **Cash or store credit** | | | | **1.78** |
| Account No.<br><br>**Kim Swezey**<br>**4519 Harris Drive**<br>**Poplar Grove, IL 61065** | - | | **Cash or store credit** | | | | **3.68** |

Sheet no. __79__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **31.36**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc** _____,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Kim Williams 7650 Quiet Close Rockford, IL 61114 | - | | | | | | 10.16 |
| Account No. | | | Cash or store credit | | | | |
| Kisha Dolfi 2216 Hancock Street Rockford, IL 61103 | - | | | | | | 13.95 |
| Account No. | | | Product held for consignment | | | | |
| Kisha Dolfi 2216 Hancock Street Rockford, IL 61103 | - | | | | | | 37.75 |
| Account No. | | | Cash or store credit | | | | |
| Korey Malkus 7826 Connelwood Drive South Beloit, IL 61080 | - | | | | | | 7.62 |
| Account No. | | | Cash or store credit | | | | |
| Kori Williams 3885 Biltmore Chase Rockford, IL 61109 | - | | | | | | 1.65 |

Sheet no. __80__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                      ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Product held for consignment | | | | |
| Kori Williams 3885 Biltmore Chase Rockford, IL 61109 | | - | | | | | 131.40 |
| Account No. | | | Cash or store credit | | | | |
| Kreena Robbins 101 Griffin Place Poplar Grove, IL 61065 | | - | | | | | 1.20 |
| Account No. | | | Cash or store credit | | | | |
| Kris Bass 109 S. Walnut Street PO Box 297 Franklin Grove, IL 61031 | | - | | | | | 50.48 |
| Account No. | | | Product held for consignment | | | | |
| Kris Bass 109 S. Walnut Street PO Box 297 Franklin Grove, IL 61031 | | - | | | | | 12.25 |
| Account No. | | | Cash or store credit | | | | |
| Kris Powell 8366 Alben Ken Roscoe, IL 61073 | | - | | | | | 8.00 |

Sheet no. __81__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

203.33

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Krista Peterson 2120 Toms Road New Milford, IL 61109 | - | | | | | | | 2.60 |
| Account No. | | | | Cash or store credit | | | | |
| Kristen Johnson 1527 11th Street Rockford, IL 61104 | - | | | | | | | 1.52 |
| Account No. | | | | Cash or store credit | | | | |
| Kristen Zuba 419 28th Street Rockford, IL 61108 | - | | | | | | | 13.75 |
| Account No. | | | | Cash or store credit | | | | |
| Kristian Stults 5702 Andrews Drive Apartment 7 Roscoe, IL 61073 | - | | | | | | | 5.95 |
| Account No. | | | | Cash or store credit | | | | |
| Kristin Reese 525 Dawson Avenue Rockford, IL 61107 | - | | | | | | | 56.52 |

Sheet no. __82__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                                    ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **Cash or store credit** | | | | |
| Kristine Turek 4904 Upland Rockford, IL 61108 | | | | | | | | 3.00 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Krystal Dalman 3031 LaSalle Avenue #3 Rockford, IL 61114 | | | | | | | | 13.66 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Lakeisha Brown 2707 School Street Rockford, IL 61101 | | | | | | | | 6.25 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Lani Mergen 408 S. Independance Rockford, IL 61102 | | | | | | | | 0.73 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Larry Graham 1806 E. State Street Rockford, IL 61104 | | | | | | | | 4.46 |

Sheet no. __83__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>LaShun McGhee<br>1815 Brownfield Road<br>Rockford, IL 61108 | | - | | Cash or store credit | | | | 5.18 |
| Account No.<br><br>Latecia Jones<br>2112 Burton Street<br>Rockford, IL 61103 | | - | | Cash or store credit | | | | 4.30 |
| Account No.<br><br>Latisha Doyle<br>1707 S. 5th Street<br>Rockford, IL 61104 | | - | | Cash or store credit | | | | 3.80 |
| Account No.<br><br>Laura Bloomfield<br>110 Harvest Glenn<br>Davis Junction, IL 61020 | | - | | Cash or store credit | | | | 42.96 |
| Account No.<br><br>Laura Lindell<br>4003 Mila Avenue<br>Rockford, IL 61101 | | - | | Cash or store credit | | | | 8.36 |

Sheet no. __84__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          64.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc** _____ ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Laura RAmey<br>4874 Clear Sky Drive<br>Rockford, IL 61109 | - | | | Cash or store credit | | | | 3.60 |
| Account No.<br><br>Laura Smith<br>623 High Street<br>Pecatonica, IL 61063 | - | | | Cash or store credit | | | | 13.40 |
| Account No.<br><br>Laura Wishard<br>5031 Harvey Road<br>Caledonia, IL 61011 | - | | | Cash or store credit | | | | 1.17 |
| Account No.<br><br>Lauren Prchal<br>5122 Arbutus Road<br>Rockford, IL 61107 | - | | | Cash or store credit | | | | 27.50 |
| Account No.<br><br>Laurice Hillman<br>2294 Cobblestone Lane<br>Beloit, WI 53511 | - | | | Cash or store credit | | | | 146.09 |

Sheet no. __85__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

191.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Laurie A. Miller 5230 Gingerridge Lane Rockford, IL 61114 | | - | | | | | | 9.50 |
| Account No. | | | | Cash or store credit | | | | |
| Laurie Nunez 2207 22nd Street Rockford, IL 61108 | | - | | | | | | 3.30 |
| Account No. | | | | Cash or store credit | | | | |
| Leah Miller 327 N. Highland Avenue Rockford, IL 61107 | | - | | | | | | 4.20 |
| Account No. | | | | Cash or store credit | | | | |
| Lenae Weichel 1438 Collingswood Rockford, IL 61103 | | - | | | | | | 32.35 |
| Account No. | | | | Cash or store credit | | | | |
| Lesley Klekamp 505 S. Memorial Avenue Rockford, IL 61102 | | - | | | | | | 3.00 |

Sheet no. __86__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          52.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Leslie McVay 3002 River Blvd Rockford, IL 61109 | | - | | | | | | 20.76 |
| Account No. | | | | Cash or store credit | | | | |
| Leslie Roxworthy 321 N. Gardiner Avenue Rockford, IL 61107 | | - | | | | | | 1.70 |
| Account No. | | | | Cash or store credit | | | | |
| Letonya Hunter 2303 Benderwirt Rockford, IL 61103 | | - | | | | | | 23.30 |
| Account No. | | | | Cash or store credit | | | | |
| Lila Ballard 529 S. Pierpont Rockford, IL 61102 | | - | | | | | | 5.14 |
| Account No. | | | | Cash or store credit | | | | |
| Linda Cammilleri 3417 Greenwood Avenue Rockford, IL 61107 | | - | | | | | | 2.25 |

Sheet no. __87__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                        ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Cash or store credit | | | | |
| Linda Kobler 2011 Oxford Rockford, IL 61103 | | - | | | | | | 5.63 |
| Account No. | | | | Cash or store credit | | | | |
| LInda Miller 1104 24th Street Rockford, IL 61108 | | - | | | | | | 10.15 |
| Account No. | | | | Cash or store credit | | | | |
| Linda Smith 3484 Valley Woods Drive Cherry Valley, IL 61016 | | - | | | | | | 0.49 |
| Account No. | | | | Cash or store credit | | | | |
| Linda Stone 5946 Whispering Way Loves Park, IL 61111 | | - | | | | | | 18.04 |
| Account No. | | | | Cash or store credit | | | | |
| Linda Yoho 907 Night Owl Lane Roscoe, IL 61073 | | - | | | | | | 3.14 |

Sheet no. __88__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   37.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                               Lindsay Arnold 814 Old Hunter Run Byron, IL 61010 | - | | Cash or store credit | | | | 163.35 |
| Account No.                                               Lindsay Arnold 814 Old Hunter Run Byron, IL 61010 | - | | Product held for consignment | | | | 66.75 |
| Account No.                                               Lisa Bali 7098 Cauletti Drive Loves Park, IL 61111 | - | | Cash or store credit | | | | 1.62 |
| Account No.                                               Lisa Cradic 3816 Landstrom Road Rockford, IL 61114 | - | | Cash or store credit | | | | 12.80 |
| Account No.                                               Lisa Hess 605 Althea Street Machesney Park, IL 61115 | - | | Cash or store credit | | | | 5.50 |

Sheet no. __89__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

250.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                     ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Lisa Hohlfeld 4511 Allendale Avenue Rockford, IL 61109 | - | | | | | | 98.82 |
| Account No. | | | Cash or store credit | | | | |
| Lisa Jones 11469 Oakton Road Savanna, IL 61074 | - | | | | | | 66.13 |
| Account No. | | | Cash or store credit | | | | |
| Lisa Kalen 66 Clayton Court Winnebago, IL 61088 | - | | | | | | 11.00 |
| Account No. | | | Cash or store credit | | | | |
| Lisa Kon 2421 Lindberg Drive Rockford, IL 61109 | - | | | | | | 3.43 |
| Account No. | | | Cash or store credit | | | | |
| Lisa McGoldrick 7021 Horizon Drive Rockford, IL 61109 | - | | | | | | 7.00 |

Sheet no. __90__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186.38

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lisa Novak**<br>**1710 King Highway**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 4.19 |
| Account No.<br><br>**Lisa Pesina**<br>**150 Brandywine Drive**<br>**Poplar Grove, IL 61065** | - | | **Cash or store credit** | | | | 3.30 |
| Account No.<br><br>**Lisa Powney**<br>**4971 Linden Road**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 2.40 |
| Account No.<br><br>**Lisa Salazar**<br>**4673 Trevor Circle**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 3.40 |
| Account No.<br><br>**Lisa Walker**<br>**5854 Beechwood Drive**<br>**Loves Park, IL 61111** | - | | **Cash or store credit** | | | | 3.20 |

Sheet no. __**91**__ of __**156**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Lisa Wight 1651 Summerwood Lane Belvidere, IL 61008 | | - | | | | | 59.27 |
| Account No. | | | Cash or store credit | | | | |
| Lorene Perkins 11419 Edgemere Terrace Roscoe, IL 61073 | | - | | | | | 1.18 |
| Account No. | | | Cash or store credit | | | | |
| Lori Durkee 2965 Latham Road Rockford, IL 61103 | | - | | | | | 88.93 |
| Account No. | | | Cash or store credit | | | | |
| Lori Lee 302 Picadilly Drive Poplar Grove, IL 61065 | | - | | | | | 1.79 |
| Account No. | | | Cash or store credit | | | | |
| Lori Preusse 3990 Linden Road Rockford, IL 61109 | | - | | | | | 11.50 |

Sheet no. __92__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          162.67

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kidz Closet Consignments and Resale, Inc**                          ,          Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **Cash or store credit** | | | | |
| Lucille Korlski 4865 Linden Road Rockford, IL 61109 | | | | | | | | 5.25 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Lucy Grant 849 Brookview Drive Byron, IL 61010 | | | | | | | | 7.10 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Lyandra Simmons 539 Ranger Rockford, IL 61109 | | | | | | | | 0.21 |
| Account No. | | - | | **Cash or store credit** | | | | |
| Lynda Martin 1302 23rd Street Rockford, IL 61108 | | | | | | | | 4.34 |
| Account No. | | - | | **Product held for consignment** | | | | |
| Lynda Martin 1302 23rd Street Rockford, IL 61108 | | | | | | | | 33.00 |

Sheet no. __93__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          49.90
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc**                          , Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Lynette Branch 2701 Bainburg Drive Rockford, IL 61109 | - | | | | | | | 2.60 |
| Account No. | | | | Cash or store credit | | | | |
| Lynette McAley 10740 Quail Hill Cove Rockford, IL 61114 | - | | | | | | | 24.31 |
| Account No. | | | | Cash or store credit | | | | |
| Lynne Riley 301 Hosmer Street Loves Park, IL 61111 | - | | | | | | | 35.73 |
| Account No. | | | | Cash or store credit | | | | |
| Maere Campos 3874 Kaiser Lane Rockford, IL 61114 | - | | | | | | | 4.92 |
| Account No. | | | | Cash or store credit | | | | |
| Maggie Kitchens 4015 Seward Avenue Rockford, IL 61108 | - | | | | | | | 11.38 |

Sheet no. __94__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    78.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Product held for consignment | | | | |
| **Maggie Kitchens**<br>**4015 Seward Avenue**<br>**Rockford, IL 61108** | - | | | | | | **28.00** |
| Account No. | | | Cash or store credit | | | | |
| **Mahtab Tashakori**<br>**1651 Meadowlark Lane**<br>**Rockford, IL 61108** | - | | | | | | **51.90** |
| Account No. | | | Product held for consignment | | | | |
| **Mahtab Tashakori**<br>**1651 Meadowlark Lane**<br>**Rockford, IL 61108** | - | | | | | | **23.50** |
| Account No. | | | Cash or store credit | | | | |
| **Mandy Lincoln**<br>**423 Fairview Blvd.**<br>**Rockford, IL 61107** | - | | | | | | **14.60** |
| Account No. | | | Cash or store credit | | | | |
| **Marcia Hite**<br>**2227 Shelley Drive**<br>**Rockford, IL 61101** | - | | | | | | **2.00** |

Sheet no. __95__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **120.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Margaret McGaw-Sullivan 690 N. Mulford Road Rockford, IL 61107 | | - | | | | | | 9.70 |
| Account No. | | | | Cash or store credit | | | | |
| Margorie Whitson Rockford, IL 61108 | | - | | | | | | 3.79 |
| Account No. | | | | Cash or store credit | | | | |
| Margret Herman 1427 Fuller Street Rockford, IL 61107 | | - | | | | | | 34.03 |
| Account No. | | | | Cash or store credit | | | | |
| Maria Courarrubias 1127 14th Street Rockford, IL 61104 | | - | | | | | | 9.56 |
| Account No. | | | | Cash or store credit | | | | |
| Maria Hendriex 2113 Vermont Rockford, IL 61101 | | - | | | | | | 6.71 |

Sheet no. __96__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                63.79

B6F (Official Form 6F) (12/07) - Cont.

In re __Kidz Closet Consignments and Resale, Inc_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Maria Quintero 2511 E. State Street Rockford, IL 61108 | | - | | | | | 3.66 |
| Account No. | | | Cash or store credit | | | | |
| Marie Jensen 319 Paris Avenue Rockford, IL 61107 | | - | | | | | 22.01 |
| Account No. | | | Cash or store credit | | | | |
| Marie Pipowski 12425 Woodcrest Lane Roscoe, IL 61073 | | - | | | | | 7.90 |
| Account No. | | | Cash or store credit | | | | |
| Marie Tilly 1102 18th Street Rockford, IL 61104 | | - | | | | | 2.12 |
| Account No. | | | Cash or store credit | | | | |
| Marilyn Moore 3316 Brookview Road Rockford, IL 61107 | | - | | | | | 0.48 |

Sheet no. __97__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    36.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Marjorie Sweeney 2155 White Hall Lane Rockford, IL 61107 | | - | | | | | 0.46 |
| Account No. | | | Cash or store credit | | | | |
| Marlene Bysted 3461 Poplar Lane Janesville, WI 53545 | | - | | | | | 17.43 |
| Account No. | | | Cash or store credit | | | | |
| Marquita Sanders 5715 Forest Hills Drive Rockford, IL 61114 | | - | | | | | 4.60 |
| Account No. | | | Cash or store credit | | | | |
| Marsha Barger 106 N. 7th Oregon, IL 61061 | | - | | | | | 17.24 |
| Account No. | | | Cash or store credit | | | | |
| Mary Jane Hughes 4606 Red Bluff Rockford, IL 61107 | | - | | | | | 37.51 |

Sheet no. __98__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          77.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                            ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Mary Jane Hughes 4606 Red Bluff Rockford, IL 61107 | - | | | | | | | 65.50 |
| Account No. | | | | Cash or store credit | | | | |
| Mary Jensen 2107 16th Avenue #1 Rockford, IL 61104 | - | | | | | | | 4.00 |
| Account No. | | | | Cash or store credit | | | | |
| Mary Metzler 2112 Auburn Street Rockford, IL 61103 | - | | | | | | | 0.56 |
| Account No. | | | | Cash or store credit | | | | |
| Mary Moss 2183 Gainsboro Davis, IL 61019 | - | | | | | | | 40.88 |
| Account No. | | | | Cash or store credit | | | | |
| Mary Paske 5008 Carol Court Rockford, IL 61108 | - | | | | | | | 14.12 |

Sheet no. __99__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Mary Tinajero 9037 N. Rock City Road Rock City, IL 61070 | | - | | | | | 5.08 |
| Account No. | | | Cash or store credit | | | | |
| Maureen Hale 208 N. London Avenue Rockford, IL 61107 | | - | | | | | 9.38 |
| Account No. | | | Cash or store credit | | | | |
| Maureen Stroberg 8236 Cherry North Drive Rockford, IL 61108 | | - | | | | | 19.30 |
| Account No. | | | Cash or store credit | | | | |
| Megan Johnson 329 Paris Avenue Rockford, IL 61107 | | - | | | | | 2.77 |
| Account No. | | | Cash or store credit | | | | |
| Megan Laughlin PO Box 3464 Rockford, IL 61105 | | - | | | | | 1.30 |

Sheet no. __100__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    37.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                                    ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Megan Lincoln 4970 Hampshire Close Rockford, IL 61109 | - | | | | | | | 1.62 |
| Account No. | | | | Cash or store credit | | | | |
| Megan Perry 7573 Ryebrook Rockford, IL 61114 | - | | | | | | | 0.02 |
| Account No. | | | | Cash or store credit | | | | |
| Megan Trilk 6934 Hedgecliff Court Rockford, IL 61114 | - | | | | | | | 23.30 |
| Account No. | | | | Cash or store credit | | | | |
| Meggan McKiness 2205 Dresden Avenue Rockford, IL 61103 | - | | | | | | | 37.39 |
| Account No. | | | | Cash or store credit | | | | |
| Meghan Murphy 6015 Oak Drive Byron, IL 61010 | - | | | | | | | 4.70 |

Sheet no. __101__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Meghann Sinkiawic 6685 Nestlewood Road Roscoe, IL 61073 | - | | | | | | | 22.00 |
| Account No. | | | | Cash or store credit | | | | |
| Melanie Renter 506 W. Fair Way Drive Lena, IL 61048 | - | | | | | | | 5.41 |
| Account No. | | | | Cash or store credit | | | | |
| Melinda Latino 1323 Carbaugh Avenue Rockford, IL 61101 | - | | | | | | | 1.86 |
| Account No. | | | | Cash or store credit | | | | |
| Melisa Hoemke 2901 Bevervue Road Belvidere, IL 61008 | - | | | | | | | 28.76 |
| Account No. | | | | Cash or store credit | | | | |
| Melissa Box 123 4th Rockford, IL 61108 | - | | | | | | | 4.56 |

Sheet no. __102__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,        Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Melissa Byars<br>108 Dempster Road<br>Belvidere, IL 61008** | | - | | | **Cash or store credit** | | | | 1.50 |
| Account No.<br><br>**Melissa Franklin<br>2945 Elmwood Road<br>Rockford, IL 61103** | | - | | | **Cash or store credit** | | | | 11.00 |
| Account No.<br><br>**Melissa Gelafio<br>3428 Minnesota Drive<br>Rockford, IL 61108** | | - | | | **Cash or store credit** | | | | 18.69 |
| Account No.<br><br>**Melissa Lewis<br>6921 Woodcrest Parkway<br>Rockford, IL 61109** | | - | | | **Cash or store credit** | | | | 13.66 |
| Account No.<br><br>**Melissa Tilley<br>1126 Kingsley Drive<br>Machesney Park, IL 61115** | | - | | | **Cash or store credit** | | | | 1.54 |

Sheet no. __103__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        46.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                        ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Melissa Torres 124 Prairie Street Sharon, WI 53585 | - | | | | | | 1.45 |
| Account No. | | | Cash or store credit | | | | |
| Mellyora Williams 1430 Crosby Street Rockford, IL 61107 | - | | | | | | 13.80 |
| Account No. | | | Cash or store credit | | | | |
| Melysa Hutzler 9291 Cincinnati Drive Machesney Park, IL 61115 | - | | | | | | 37.44 |
| Account No. | | | Cash or store credit | | | | |
| MIchele Aguilar 3121 Glenwood Avenue Rockford, IL 61103 | - | | | | | | 3.62 |
| Account No. | | | Cash or store credit | | | | |
| MIchele Corirossi 5430 Roanoke Road Rockford, IL 61107 | - | | | | | | 141.27 |

Sheet no. __104__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    197.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                           ,   Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michele Matranga**<br>**3759 Christopher Drive**<br>**Rockford, IL 61101** | - | | **Cash or store credit** | | | | 3.52 |
| Account No.<br><br>**Michele Singmouangth**<br>**5506 Bastian Blvd.**<br>**South Beloit, IL 61080** | - | | **Cash or store credit** | | | | 8.70 |
| Account No.<br><br>**Michelle Day**<br>**9330 Forest Ridge Drive**<br>**Roscoe, IL 61073** | - | | **Cash or store credit** | | | | 137.60 |
| Account No.<br><br>**Michelle Fleming**<br>**523 Pearl Street**<br>**Rockford, IL 61104** | - | | **Cash or store credit** | | | | 10.00 |
| Account No.<br><br>**Michelle Holcomb**<br>**353 Bancroft Court #4**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | 11.82 |

Sheet no. __105__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      171.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**
_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| **Michelle Koch** **1911 Clinton Street** **Rockford, IL 61103** | - | | | | | | | 19.54 |
| Account No. | | | | Cash or store credit | | | | |
| **Michelle Mehlberger** **2023 Mallory Street SW** **Cedar Rapids, IA 52404** | - | | | | | | | 8.20 |
| Account No. | | | | Cash or store credit | | | | |
| **Michelle Moore** **1212 Stratford Avenue** **Rockford, IL 61107** | - | | | | | | | 2.79 |
| Account No. | | | | Cash or store credit | | | | |
| **Michelle Polizzi** **810 Doral** **Marengo, IL 60152** | - | | | | | | | 9.39 |
| Account No. | | | | Cash or store credit | | | | |
| **Michelle Quast** **2125 Douglas Street** **Rockford, IL 61103** | - | | | | | | | 8.60 |

Sheet no. __106__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          48.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                           | | | Cash or store credit | | | | |
| **Michelle Rock** **5221 Deer Pointe** **Rockford, IL 61114** | | - | | | | | 28.73 |
| Account No.                                           | | | Cash or store credit | | | | |
| **Michelle Smithey** **7615 Sommerville Street** **Machesney Park, IL 61115** | | - | | | | | 4.05 |
| Account No.                                           | | | Cash or store credit | | | | |
| **Michelle VanAken** **3415 Shirley Road** **Rockford, IL 61108** | | - | | | | | 83.28 |
| Account No.                                           | | | Cash or store credit | | | | |
| **Michelle White** **Rockford, IL 61108** | | - | | | | | 6.22 |
| Account No.                                           | | | Cash or store credit | | | | |
| **Mickey Retra** **1624 Kirby Court** **Belvidere, IL 61008** | | - | | | | | 2.76 |

Sheet no. __107__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    125.04

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Miguelina Rodriguez 2306 Delry Drive Rockford, IL 61107 | - | | | | | | 6.10 |
| Account No. | | | Cash or store credit | | | | |
| Mike Prevett 4568 Trevor Circle Rockford, IL 61109 | - | | | | | | 6.65 |
| Account No. | | | Cash or store credit | | | | |
| Mindy Thomas 6119 Oak Drive Byron, IL 61010 | - | | | | | | 6.47 |
| Account No. | | | Cash or store credit | | | | |
| Miranda Crane 6960 Rydberg road Rockford, IL 61109 | - | | | | | | 3.40 |
| Account No. | | | Cash or store credit | | | | |
| Mishell Barickman 1018 Haskell Avenue Rockford, IL 61103 | - | | | | | | 2.74 |

Sheet no. __108__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Missy Marinelli-Shele 2113 Melrose Street Rockford, IL 61103 | | - | | | | | | 15.19 |
| Account No. | | | | Cash or store credit | | | | |
| Mona Penticoff 2896 Edna Road Rockford, IL 61102 | | - | | | | | | 1.07 |
| Account No. | | | | Cash or store credit | | | | |
| Monica Lindquist 805 E. Hosmer Street Loves Park, IL 61111 | | - | | | | | | 1.73 |
| Account No. | | | | Cash or store credit | | | | |
| Monica Moore 2019 Andrews Street Rockford, IL 61101 | | - | | | | | | 5.80 |
| Account No. | | | | Cash or store credit | | | | |
| Monica Terronez 1010 18th Street Rockford, IL 61104 | | - | | | | | | 8.30 |

Sheet no. __109_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**    ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Monique Leman**<br>**11212 Foxhail**<br>**Durand, IL 61024** | - | | **Cash or store credit** | | | | 1.10 |
| Account No.<br><br>**Nadia Almanaci**<br>**1722 Clifton Avenue**<br>**Rockford, IL 61102** | - | | **Cash or store credit** | | | | 15.17 |
| Account No.<br><br>**Nadia Matson**<br>**3727 White Dove Lane**<br>**Rockford, IL 61114** | - | | **Cash or store credit** | | | | 55.14 |
| Account No.<br><br>**Nakisha Parham**<br>**3992 Eagle Drive**<br>**Rockford, IL 61103** | - | | **Cash or store credit** | | | | 2.25 |
| Account No.<br><br>**Nakita Fricks**<br>**631 Garden Drive**<br>**Belvidere, IL 61008** | - | | **Cash or store credit** | | | | 19.40 |

Sheet no. _**110**_ of _**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 93.06 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Nancy Basik 412 Welty Rockford, IL 61107 | | - | | | | | 107.05 |
| Account No. | | | Cash or store credit | | | | |
| Nancy Lindquist 1719 Log Cabin Avenue Rockford, IL 61108 | | - | | | | | 4.24 |
| Account No. | | | Cash or store credit | | | | |
| Nancy Ryan 1024 Luther Avenue Rockford, IL 61107 | | - | | | | | 21.70 |
| Account No. | | | Cash or store credit | | | | |
| Nanette Johnson 2011 15th Street Rockford, IL 61104 | | - | | | | | 8.80 |
| Account No. | | | Cash or store credit | | | | |
| Natalie Casarotto 901 17th Street Rockford, IL 61104 | | - | | | | | 4.31 |

Sheet no. _**111**_ of _**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

146.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                                 ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Nelly Raleigh** **813 Stuyvesant Drive** **Loves Park, IL 61111** | | - | | | | | 15.45 |
| Account No. | | | Cash or store credit | | | | |
| **Nicole Clark** **2120 Exeter Avenue** **Loves Park, IL 61111** | | - | | | | | 5.10 |
| Account No. | | | Cash or store credit | | | | |
| **Nicole Gordon** **1725 Pershing Avenue** **Rockford, IL 61109** | | - | | | | | 1.00 |
| Account No. | | | Cash or store credit | | | | |
| **Nicole Gutierrez** **404 Mallard Road** **Winnebago, IL 61088** | | - | | | | | 2.26 |
| Account No. | | | Cash or store credit | | | | |
| **Nicole Much** **818 N. Chicago Avenue** **Rockford, IL 61107** | | - | | | | | 2.70 |

Sheet no. __112__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   26.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                        ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Nicole Roberts 734 Illinois Avenue Rockford, IL 61102 | - | | | | | | | 10.58 |
| Account No. | | | | Cash or store credit | | | | |
| Nicole Smith 5120 Regents Park Road Rockford, IL 61107 | - | | | | | | | 14.27 |
| Account No. | | | | Cash or store credit | | | | |
| Nicole Wisocki 4398 Box Elder Lane Rockford, IL 61108 | - | | | | | | | 0.62 |
| Account No. | | | | Cash or store credit | | | | |
| Nina Rayon 6688 N. Point Road Rockford, IL 61108 | - | | | | | | | 2.90 |
| Account No. | | | | Cash or store credit | | | | |
| Nineka Marinelli 2984 16th Street Rockford, IL 61109 | - | | | | | | | 5.35 |

Sheet no. __113__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        33.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Noel Lyons 2605 18th Street Rockford, IL 61109 | - | | | | | | 9.99 |
| Account No. | | | Cash or store credit | | | | |
| Norma Arias 4225 O'Connell Street Rockford, IL 61109 | - | | | | | | 3.33 |
| Account No. | | | Cash or store credit | | | | |
| Octavia Talliver 530 13th Street Rockford, IL 61101 | - | | | | | | 2.49 |
| Account No. | | | Cash or store credit | | | | |
| Pam Lundberg 427 Fairview Blvd Rockford, IL 61107 | - | | | | | | 9.43 |
| Account No. | | | Product held for consignment | | | | |
| Pam Lundberg 427 Fairview Blvd Rockford, IL 61107 | - | | | | | | 33.25 |

Sheet no. __114__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pam Moses**<br>**4759 Charing Drive**<br>**Rockford, IL 61114** | - | | **Cash or store credit** | | | | 1.07 |
| Account No.<br><br>**Pam Ruenger**<br>**1014 22nd Street**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 14.67 |
| Account No.<br><br>**Pam Smith**<br>**5130 Blackhawk Road**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 3.70 |
| Account No.<br><br>**Pamela Thomas**<br>**1718 Eastgage Parkway**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 34.60 |
| Account No.<br><br>**Pamela Trakas**<br>**5041 Park Valley Drive**<br>**Loves Park, IL 61111** | - | | **Cash or store credit** | | | | 35.66 |

Sheet no. _115_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,      Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pat Jensen**<br>**1721 Parkview**<br>**Rockford, IL 61107** | - | | **Cash or store credit** | | | | 6.60 |
| Account No.<br><br>**Pat Solon**<br>**9603 Baldwin**<br>**Machesney Park, IL 61115** | - | | **Cash or store credit** | | | | 2.14 |
| Account No.<br><br>**Patrice Dixon**<br>**2907 LaSalle Avenue #3**<br>**Rockford, IL 61114** | - | | **Cash or store credit** | | | | 62.37 |
| Account No.<br><br>**Patrice Pash**<br>**104 Hollister Avenue**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 3.38 |
| Account No.<br><br>**Patricia Brake**<br>**209 Hollister Avenue**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 15.50 |

Sheet no. _**116**_ of _**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          89.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**               ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Patricia Lund 6537 Newburg Road Rockford, IL 61108 | - | | | | | | 706.00 |
| Account No. | | | Cash or store credit | | | | |
| Patricia Powers 5518 Flatwillow Roscoe, IL 61073 | - | | | | | | 2.69 |
| Account No. | | | Cash or store credit | | | | |
| Paula Ravn 115 S. Maple Street Stillman Valley, IL 61084 | - | | | | | | 29.05 |
| Account No. | | | Cash or store credit | | | | |
| Peggy Ciembronowicz 2308 Oxford Street Rockford, IL 61103 | - | | | | | | 33.30 |
| Account No. | | | Cash or store credit | | | | |
| Peggy Kenny PO Box 67 Rockton, IL 61072 | - | | | | | | 39.74 |

Sheet no. __117_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

810.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                          ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Product held for consignment | | | | |
| Peggy Kenny PO Box 67 Rockton, IL 61072 | | - | | | | | 91.75 |
| Account No. | | | Cash or store credit | | | | |
| Penny Wallace 7504 Corrone Court Roscoe, IL 61073 | | - | | | | | 42.26 |
| Account No. | | | Cash or store credit | | | | |
| Peter Anestopoulas 2103 Benderwirt Rockford, IL 61103 | | - | | | | | 2.00 |
| Account No. | | | Cash or store credit | | | | |
| Peter Getter 107 N. Rockford Rockford, IL 61107 | | - | | | | | 6.80 |
| Account No. | | | Cash or store credit | | | | |
| Qiana Jennings 2460 Talandis Street Sauk Village, IL 60411 | | - | | | | | 4.80 |

Sheet no. __118__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

147.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Product held for consignment | | | | |
| Qiana Jennings 2460 Talandis Street Sauk Village, IL 60411 | | | | | | | | 15.75 |
| Account No. | | - | | Cash or store credit | | | | |
| Rachel Hauff 1723 Douglas Street Rockford, IL 61103 | | | | | | | | 7.11 |
| Account No. | | - | | Cash or store credit | | | | |
| Rachel Jenkins 3281 Nickolas Way Rockton, IL 61072 | | | | | | | | 9.37 |
| Account No. | | - | | Cash or store credit | | | | |
| Rachel Perez 1233 4th Avenue Rockford, IL 61104 | | | | | | | | 3.60 |
| Account No. | | - | | Cash or store credit | | | | |
| Rachele Olsen 147 Wingtip Way Machesney Park, IL 61115 | | | | | | | | 9.47 |

Sheet no. __119__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  45.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Raechel Carroll**<br>**1720 Remington Road**<br>**Belvidere, IL 61008** | | - | Cash or store credit | | | | 3.15 |
| Account No.<br><br>**Randy James**<br>**2849 Echo Street**<br>**Rockford, IL 61109** | | - | Cash or store credit | | | | 0.36 |
| Account No.<br><br>**Randy Price**<br>**3419 Lauderdale Lane**<br>**Rockford, IL 61107** | | - | Cash or store credit | | | | 39.06 |
| Account No.<br><br>**Raven White**<br>**1401 7th Avenue**<br>**Rockford, IL 61108** | | - | Cash or store credit | | | | 3.47 |
| Account No.<br><br>**Reamble Wilder**<br>**1522 4th Avenue**<br>**Rockford, IL 61108** | | - | Cash or store credit | | | | 5.75 |

Sheet no. _**120**_ of _**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rebecca Angeles<br>4636 Applewood Lane<br>Loves Park, IL 61111 | | - | | Cash or store credit | | | | 7.20 |
| Account No.<br><br>Rebecca Novak<br>3415 Michael<br>Rockford, IL 61108 | | - | | Cash or store credit | | | | 5.55 |
| Account No.<br><br>Renee Isbell<br>10470 Bluebonnet Drive<br>Machesney Park, IL 61115 | | - | | Cash or store credit | | | | 91.14 |
| Account No.<br><br>Renee Ulrich<br>5930 Wymouth Drive<br>Rockford, IL 61114 | | - | | Cash or store credit | | | | 7.02 |
| Account No.<br><br>Rhonda Madonna<br>7929 Elm Avenue<br>Loves Park, IL 61111 | | - | | Cash or store credit | | | | 3.79 |

Sheet no. __121__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                114.70

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Rhonda Rodriguez 4142 Applewood Lane Loves Park, IL 61111 | - | | | | | | 25.67 |
| Account No. | | | Cash or store credit | | | | |
| Rhonda Young 1039 River Drive Byron, IL 61010 | - | | | | | | 34.53 |
| Account No. | | | Product held for consignment | | | | |
| Rhonda Young 1039 River Drive Byron, IL 61010 | - | | | | | | 50.25 |
| Account No. | | | Cash or store credit | | | | |
| Richard Blackmon 610 E. Winneshiek Freeport, IL 61032 | - | | | | | | 1.28 |
| Account No. | | | Cash or store credit | | | | |
| Rick Lotter 905 Indian Parkway Winnebago, IL 61088 | - | | | | | | 2.12 |

Sheet no. __122__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    113.85

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc**     ,  Case No. _____

              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Rick Sunleaf** **915 Rockhampton Drive** **Rockford, IL 61102** | | - | | | | | 5.03 |
| Account No. | | | Cash or store credit | | | | |
| **Risba Brown** **1808 Pierce Avenue** **Rockford, IL 61103** | | - | | | | | 3.10 |
| Account No. | | | Cash or store credit | | | | |
| **Robert McGhee** **6601 E. Skinner Road** **Stillman Valley, IL 61084** | | - | | | | | 7.80 |
| Account No. | | | Cash or store credit | | | | |
| **Robert Nieman** **301 Hollister AVenue** **Rockford, IL 61108** | | - | | | | | 0.43 |
| Account No. | | | Cash or store credit | | | | |
| **Robin Downey** **1616 N. Church Street** **Rockford, IL 61103** | | - | | | | | 3.30 |

Sheet no. __123_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **19.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Robin Downey 1616 N. Church Street Rockford, IL 61103 | - | | | | | | | 43.50 |
| Account No. | | | | Product held for consignment | | | | |
| Ron Johnson 735 Parkview Avenue Rockford, IL 61107 | - | | | | | | | 140.00 |
| Account No. | | | | Cash or store credit | | | | |
| Ronda Coleman 604 W. Dodson Drive Urbana, IL 61802 | - | | | | | | | 6.68 |
| Account No. | | | | Cash or store credit | | | | |
| Rosa Mendez 4812 Woodridge Court Rockford, IL 61108 | - | | | | | | | 0.87 |
| Account No. | | | | Cash or store credit | | | | |
| Rose Marie Doyle 5231 Village Court Rockford, IL 61108 | - | | | | | | | 0.53 |

Sheet no. __124__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

191.58

B6F (Official Form 6F) (12/07) - Cont.

In re __Kidz Closet Consignments and Resale, Inc_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Cash or store credit | | | | |
| Rosemary Hansing 658 Hollybrook Drive Machesney Park, IL 61115 | | - | | | | | | | 12.50 |
| Account No. | | | | | Cash or store credit | | | | |
| Rosemary Weems 4003 9th Street Rockford, IL 61109 | | - | | | | | | | 1.80 |
| Account No. | | | | | Cash or store credit | | | | |
| Rosie Burd 302 S. Elida Street Winnebago, IL 61088 | | - | | | | | | | 8.88 |
| Account No. | | | | | Cash or store credit | | | | |
| Ruby Ramberg 5051 Linden Road Rockford, IL 61109 | | - | | | | | | | 3.06 |
| Account No. | | | | | Cash or store credit | | | | |
| Rudolf Vedo 5833 Nebeshonee Rockford, IL 61103 | | - | | | | | | | 0.58 |

Sheet no. __125_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    26.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Ryan Burke 1926 Maple Avenue Loves Park, IL 61111 | | - | | | | | | 5.60 |
| Account No. | | | | Cash or store credit | | | | |
| S. Kornacker 10959 Chicory Road Roscoe, IL 61073 | | - | | | | | | 8.20 |
| Account No. | | | | Product held for consignment | | | | |
| Sabrina Knapp 1308 31st Street Rockford, IL 61108 | | - | | | | | | 50.00 |
| Account No. | | | | Cash or store credit | | | | |
| Sacha Pruett 8877 N. Hedge Road Byron, IL 61010 | | - | | | | | | 4.47 |
| Account No. | | | | Cash or store credit | | | | |
| Sally Schoonhoven 1436 5th Avenue Rockford, IL 61104 | | - | | | | | | 1.07 |

Sheet no. __126__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                      ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Sam Myers 2705 Stowmarket Rockford, IL 61109 | - | | | | | | | 11.40 |
| Account No. | | | | Cash or store credit | | | | |
| Samantha Ehrhart 3007 Lawndale Avenue Rockford, IL 61101 | - | | | | | | | 2.83 |
| Account No. | | | | Cash or store credit | | | | |
| Sandra Fugle 1128 Candlewick Drive Poplar Grove, IL 61065 | - | | | | | | | 46.46 |
| Account No. | | | | Cash or store credit | | | | |
| Sandra Gregory 1611 Fairview Court Rockford, IL 61107 | - | | | | | | | 7.20 |
| Account No. | | | | Cash or store credit | | | | |
| Sandra Johnson 2331 9th Avenue Rockford, IL 61104 | - | | | | | | | 14.30 |

Sheet no. __127__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Sandra Mandujano 809 Corbin Street Rockford, IL 61102 | - | | | | | | 2.70 |
| Account No. | | | Cash or store credit | | | | |
| Sandra Rogers 1907 12th Avenue Rockford, IL 61104 | - | | | | | | 4.50 |
| Account No. | | | Product held for consignment | | | | |
| Sandra Rogers 1907 12th Avenue Rockford, IL 61104 | - | | | | | | 21.00 |
| Account No. | | | Cash or store credit | | | | |
| Sandy Harvey 5641 Falmouth Drive Rockford, IL 61109 | - | | | | | | 19.52 |
| Account No. | | | Cash or store credit | | | | |
| Sara Chesnek 507 N. Walnut Avenue Forreston, IL 61030 | - | | | | | | 17.68 |

Sheet no. __128__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc**                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Sara Fisher 3304 Harrison Avenue Rockford, IL 61109 | - | | | | | | | 1.34 |
| Account No. | | | | Cash or store credit | | | | |
| Sara Halle-Podell 1043 S. Wenonah Oak Park, IL 60304 | - | | | | | | | 22.95 |
| Account No. | | | | Cash or store credit | | | | |
| Sara Kallenbach 2170 Inner Circle Drive Rockford, IL 61101 | - | | | | | | | 58.41 |
| Account No. | | | | Cash or store credit | | | | |
| Sara Marquetti 1061 Minns Drive Machesney Park, IL 61115 | - | | | | | | | 66.70 |
| Account No. | | | | Cash or store credit | | | | |
| Sara Painter 2703 N. Alpine Road Rockford, IL 61114 | - | | | | | | | 16.20 |

Sheet no. __129__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                165.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Sara Titus 1616 Rural Street Rockford, IL 61107 | - | | | | | | | 6.80 |
| Account No. | | | | Cash or store credit | | | | |
| Sarah Babcock 3510 Harrison Avenue Rockford, IL 61108 | - | | | | | | | 5.58 |
| Account No. | | | | Cash or store credit | | | | |
| Sarah Fiorenza 3507 Thelma Street Rockford, IL 61108 | - | | | | | | | 23.05 |
| Account No. | | | | Cash or store credit | | | | |
| Sarah Legue 517 Catlin Street Rockford, IL 61104 | - | | | | | | | 2.60 |
| Account No. | | | | Cash or store credit | | | | |
| Sarah Sak 2026 3rd Avenue Rockford, IL 61104 | - | | | | | | | 31.73 |

Sheet no. _**130**_ of _**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                69.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Savannah Szeluga**<br>**2325 10th Avenue**<br>**Rockford, IL 61104** | - | | **Cash or store credit** | | | | 14.40 |
| Account No.<br><br>**Savannah Szeluga**<br>**2325 10th Avenue**<br>**Rockford, IL 61104** | - | | **Product held for consignment** | | | | 239.00 |
| Account No.<br><br>**Scott Gentz**<br>**322 S. Gardiner Avenue**<br>**Rockford, IL 61104** | - | | **Cash or store credit** | | | | 6.08 |
| Account No.<br><br>**Shana Ott**<br>**2237 13th Avenue**<br>**Rockford, IL 61104** | - | | **Cash or store credit** | | | | 6.89 |
| Account No.<br><br>**Shannon Henderson**<br>**6501 Halley Road**<br>**Rockford, IL 61101** | - | | **Cash or store credit** | | | | 4.50 |

Sheet no. __131__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    270.87

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Shannon Nelson<br>716 29th Street<br>Rockford, IL 61108 | | - | Cash or store credit | | | | 2.42 |
| Account No.<br><br>Shannon Smith<br>303 E. Main Street<br>Stillman Valley, IL 61084 | | - | Cash or store credit | | | | 15.47 |
| Account No.<br><br>Shari Cox<br>701 Wayne Drive<br>Machesney Park, IL 61115 | | - | Cash or store credit | | | | 1.30 |
| Account No.<br><br>Shawn and Sheri Byers<br>102 Autumnwood Avenue<br>Davis Junction, IL 61020 | | - | Cash or store credit | | | | 55.00 |
| Account No.<br><br>Shawn LaPlante<br>810 Wyman School Road<br>Caledonia, IL 61011 | | - | Cash or store credit | | | | 32.50 |

Sheet no. __132__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   106.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Sheila Hastut 1732 12th Avenue Rockford, IL 61104 | - | | | | | | | 3.81 |
| Account No. | | | | Cash or store credit | | | | |
| Shelia Antosch 501 James Avenue Rockford, IL 61107 | - | | | | | | | 6.60 |
| Account No. | | | | Cash or store credit | | | | |
| Shelly Spickler 302 E. Cunningham Winnebago, IL 61088 | - | | | | | | | 5.25 |
| Account No. | | | | Cash or store credit | | | | |
| Sheree Holman 2316 Sharon Avenue Rockford, IL 61103 | - | | | | | | | 39.96 |
| Account No. | | | | Cash or store credit | | | | |
| Sheri Mattis 5310 Dierks Drive #1 Rockford, IL 61108 | - | | | | | | | 4.50 |

Sheet no. __133__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                60.12

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Sherri Dickerson-luse 437 Greenspire Machesney Park, IL 61115 | | - | | | | | 12.58 |
| Account No. | | | Cash or store credit | | | | |
| Sherry Holder 2016 Custer Avenue Rockford, IL 61103 | | - | | | | | 0.80 |
| Account No. | | | Cash or store credit | | | | |
| Sherry Oman 1212 Theodore Loves Park, IL 61111 | | - | | | | | 19.08 |
| Account No. | | | Cash or store credit | | | | |
| Shiquiya Robinson 343 Gramercy Drive #3 Rockford, IL 61107 | | - | | | | | 12.88 |
| Account No. | | | Product held for consignment | | | | |
| Shiquiya Robinson 343 Gramercy Drive #3 Rockford, IL 61107 | | - | | | | | 26.25 |

Sheet no. __134_ of _156_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 71.59

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kidz Closet Consignments and Resale, Inc**                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Shirley Petty 4381 Stagecoach Trail Rockford, IL 61101 | - | | | | | | | 52.74 |
| Account No. | | | | Product held for consignment | | | | |
| Shirley Petty 4381 Stagecoach Trail Rockford, IL 61101 | - | | | | | | | 190.20 |
| Account No. | | | | Cash or store credit | | | | |
| Solvey Jordahl 2136 9th Street Rockford, IL 61104 | - | | | | | | | 4.06 |
| Account No. | | | | Cash or store credit | | | | |
| Stacey Gillespie 804 Indian Dancer Trail Belvidere, IL 61008 | - | | | | | | | 58.00 |
| Account No. | | | | Cash or store credit | | | | |
| Stacy Barrone 2023 Eastmoreland Rockford, IL 61108 | - | | | | | | | 9.49 |

Sheet no. __135_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  314.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stacy Erickson**<br>**3035 18th Street**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 23.10 |
| Account No.<br><br>**Stefanie Skaggs**<br>**4745 Bates Road**<br>**Belvidere, IL 61008** | - | | **Cash or store credit** | | | | 4.40 |
| Account No.<br><br>**Stephanie Contreras**<br>**4568 Treavor Circle #1**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 1.30 |
| Account No.<br><br>**Stephanie Doyle**<br>**2644 Lapey Street**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 22.40 |
| Account No.<br><br>**Stephanie Jacobs**<br>**1121 N. Church Street**<br>**Rockford, IL 61103** | - | | **Cash or store credit** | | | | 2.40 |

Sheet no. _136_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    53.60

B6F (Official Form 6F) (12/07) - Cont.

In re __Kidz Closet Consignments and Resale, Inc__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Stephanie Link 1608 Sexton Drive Rockford, IL 61108 | - | | | | | | | 6.22 |
| Account No. | | | | Cash or store credit | | | | |
| Stephanie Phetlamnao 516 Royal Avenue Rockford, IL 61101 | - | | | | | | | 6.95 |
| Account No. | | | | Cash or store credit | | | | |
| Sue Redman 4156 Applewood Lane Loves Park, IL 61111 | - | | | | | | | 5.00 |
| Account No. | | | | Cash or store credit | | | | |
| Susan Fuller 802 Evans Avenue Machesney Park, IL 61115 | - | | | | | | | 66.21 |
| Account No. | | | | Cash or store credit | | | | |
| Susan Kleiman 8772 S. Lowden Road Franklin Grove, IL 61031 | - | | | | | | | 16.20 |

Sheet no. __137__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 100.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**
_____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Cash or store credit | | | | |
| Susan Rader 8800 Westridge Drive Belvidere, IL 61008 | | | | | | | | | 12.33 |
| Account No. | | | - | | Cash or store credit | | | | |
| Susan Visser 2904 Miller Road Marengo, IL 60152 | | | | | | | | | 1.72 |
| Account No. | | | - | | Product held for consignment | | | | |
| Susan Visser 2904 Miller Road Marengo, IL 60152 | | | | | | | | | 38.00 |
| Account No. | | | - | | Cash or store credit | | | | |
| Suzan Allen 519 Bounty Drive NE Poplar Grove, IL 61065 | | | | | | | | | 14.47 |
| Account No. | | | - | | Cash or store credit | | | | |
| Suzanne Graff 2879 Dourdan Road Belvidere, IL 61008 | | | | | | | | | 1.50 |

Sheet no. __138__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **68.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Suzanne Shelain 1818 2nd Avenue Rockford, IL 61104 | | - | | | | | | 1.50 |
| Account No. | | | | Cash or store credit | | | | |
| Suzette Laputa 2204 Broadway Rockford, IL 61104 | | - | | | | | | 9.50 |
| Account No. | | | | Cash or store credit | | | | |
| Synda Ahmer-Gable 3709 Mill Road Cherry Valley, IL 61016 | | - | | | | | | 15.56 |
| Account No. | | | | Cash or store credit | | | | |
| Tabith Hutchinson 2722 Norway Pine Road Rockford, IL 61108 | | - | | | | | | 81.92 |
| Account No. | | | | Product held for consignment | | | | |
| Tabitha Hutchinson 2722 Norway Pine Road Rockford, IL 61108 | | - | | | | | | 86.70 |

Sheet no. __139__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

195.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Takeisha Lambert 1510 Cunningham Street, #2 Rockford, IL 61102 | - | | | | | | | |
| | | | | | | | | 30.65 |
| Account No. | | | | Cash or store credit | | | | |
| Tamara Bonacquisti 3349 Carbineer Drive Belvidere, IL 61008 | - | | | | | | | |
| | | | | | | | | 3.65 |
| Account No. | | | | Cash or store credit | | | | |
| Tamara Ohr-Campbell 238 Hosmer Street Loves Park, IL 61111 | - | | | | | | | |
| | | | | | | | | 55.30 |
| Account No. | | | | Cash or store credit | | | | |
| Tamaria Few 4610 Burley Avenue Rockford, IL 61109 | - | | | | | | | |
| | | | | | | | | 1.52 |
| Account No. | | | | Cash or store credit | | | | |
| Tamei Angel-Decker 1102 Charlotte Drive Rockford, IL 61108 | - | | | | | | | |
| | | | | | | | | 1.03 |

Sheet no. __140__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92.15

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____ ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Cash or store credit | | | | |
| Tami Walters 211 S. London Avenue Rockford, IL 61104 | - | | | | | | 1.08 |
| Account No. | | | Cash or store credit | | | | |
| Tammie Sotelo 413 Robert Avenue Rockford, IL 61107 | - | | | | | | 5.81 |
| Account No. | | | Cash or store credit | | | | |
| Tammy Blackburn 6575 Sheffield Drive Rockford, IL 61109 | - | | | | | | 0.90 |
| Account No. | | | Cash or store credit | | | | |
| Tammy Clayton 13324 Promontory Trail Roscoe, IL 61073 | - | | | | | | 16.79 |
| Account No. | | | Cash or store credit | | | | |
| Tammy Lacerte 6208 Linden Rockford, IL 61109 | - | | | | | | 1.91 |

Sheet no. __141_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Tammy Woodsmall 13332 Springhill Drive Winnebago, IL 61088 | - | | | | | | | 56.48 |
| Account No. | | | | Cash or store credit | | | | |
| Tara Johnson 923 15th Street Rockford, IL 61104 | - | | | | | | | 15.50 |
| Account No. | | | | Cash or store credit | | | | |
| Tara Wagoner 403 S. Chicago Avenue Rockford, IL 61104 | - | | | | | | | 1.60 |
| Account No. | | | | Cash or store credit | | | | |
| Tasha Campbell 2141 Lamar #N Rockford, IL 61108 | - | | | | | | | 1.70 |
| Account No. | | | | Cash or store credit | | | | |
| Tasha Hobbs 2101 Shelley Drive Rockford, IL 61101 | - | | | | | | | 5.30 |

Sheet no. __142_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          80.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc**                                                    ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Teresa McDonald 2726 Coleman Avenue Rockford, IL 61101 | - | | | | | | | 1.10 |
| Account No. | | | | Cash or store credit | | | | |
| Teresa Ward 3192 Hoffman Court Cherry Valley, IL 61016 | - | | | | | | | 13.62 |
| Account No. | | | | Cash or store credit | | | | |
| Teri Gray 1630 18th Avenue Rockford, IL 61104 | - | | | | | | | 1.20 |
| Account No. | | | | Cash or store credit | | | | |
| Terri Rogers 1473 Newcastle Belvidere, IL 61008 | - | | | | | | | 14.20 |
| Account No. | | | | Cash or store credit | | | | |
| Terry Chappell 4103 Darlington Road Holiday, FL 34691 | - | | | | | | | 3.80 |

Sheet no. __143_ of __156_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **33.92**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Terry Chappell 4103 Darlington Road Holiday, FL 34691 | - | | | | | | | 24.75 |
| Account No. | | | | Cash or store credit | | | | |
| Terry Kant 3324 Parkside Avenue Rockford, IL 61101 | - | | | | | | | 10.50 |
| Account No. | | | | Product held for consignment | | | | |
| Terry Kant 3324 Parkside Avenue Rockford, IL 61101 | - | | | | | | | 31.20 |
| Account No. | | | | Cash or store credit | | | | |
| Theresa Albano 1622 Fox Field Drive Belvidere, IL 61008 | - | | | | | | | 3.12 |
| Account No. | | | | Cash or store credit | | | | |
| Theresa Bulter 532 Grand Avenue Loves Park, IL 61111 | - | | | | | | | 6.50 |

Sheet no. __144__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              , Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Theresa Rexroad 814 Kingsway Lane Byron, IL 61010 | | - | | | | | | 3.69 |
| Account No. | | | | Cash or store credit | | | | |
| Theresa Smith 10219 Bluebonnet Drive Machesney Park, IL 61115 | | - | | | | | | 7.68 |
| Account No. | | | | Cash or store credit | | | | |
| Theresa Woods 3959 Prairie Road Rockford, IL 61102 | | - | | | | | | 1.66 |
| Account No. | | | | Cash or store credit | | | | |
| Tianna McEntee 5028 Boulder Avenue Loves Park, IL 61111 | | - | | | | | | 22.38 |
| Account No. | | | | Cash or store credit | | | | |
| Tiffany Eisman 2053 N. Winnebago Winnebago, IL 61088 | | - | | | | | | 1.01 |

Sheet no. __145_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          36.42

B6F (Official Form 6F) (12/07) - Cont.

In re **Kidz Closet Consignments and Resale, Inc**                          ,       Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tiffany Gerde**<br>**3303 Wesleyn Avenue**<br>**Rockford, IL 61108** | - | | **Cash or store credit** | | | | 2.17 |
| Account No.<br><br>**Tiffany Mancini**<br>**1424 Deanna Drive**<br>**Rockford, IL 61103** | - | | **Cash or store credit** | | | | 53.87 |
| Account No.<br><br>**Tiltyla Stone**<br>**1423 Fairview Avenue**<br>**Rockford, IL 61101** | - | | **Cash or store credit** | | | | 1.19 |
| Account No.<br><br>**TiMara Murry**<br>**5317 Feldspar Lane**<br>**Loves Park, IL 61111** | - | | **Cash or store credit** | | | | 2.14 |
| Account No.<br><br>**Tina Edwards**<br>**3737 Rotary Road**<br>**Rockford, IL 61109** | - | | **Cash or store credit** | | | | 44.75 |

Sheet no. __146_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Tina Franklin 115 N. Vale Avenue Rockford, IL 61107 | - | | | | | | | 6.09 |
| Account No. | | | | Cash or store credit | | | | |
| Tina Guske 4945 Arlington Street Loves Park, IL 61111 | - | | | | | | | 1.10 |
| Account No. | | | | Cash or store credit | | | | |
| Tina Ingram 3603 Bently Drive Rockford, IL 61101 | - | | | | | | | 4.62 |
| Account No. | | | | Cash or store credit | | | | |
| Tina Roy 6759 Crown Ridge Rockford, IL 61103 | - | | | | | | | 26.52 |
| Account No. | | | | Cash or store credit | | | | |
| Tina Widell 416 28th Street Rockford, IL 61108 | - | | | | | | | 5.01 |

Sheet no. __147_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        43.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Tina Willman-Ham 4514 Charles Street Rockford, IL 61108 | - | | | | | | | 5.60 |
| Account No. | | | | Cash or store credit | | | | |
| Tisha Thompson 8307 Crooked Bend Machesney Park, IL 61115 | - | | | | | | | 12.92 |
| Account No. | | | | Product held for consignment | | | | |
| Tisha Thompson 8307 Crooked Bend Machesney Park, IL 61115 | - | | | | | | X | 43.20 |
| Account No. | | | | Cash or store credit | | | | |
| Todd Smith 8239 Tetlehall Machesney Park, IL 61115 | - | | | | | | | 18.50 |
| Account No. | | | | Cash or store credit | | | | |
| Tomara Mierow 11950 Glengary Court Caledonia, IL 61011 | - | | | | | | | 30.12 |

Sheet no. __148__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

110.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                              , Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Product held for consignment | | | | |
| Tomara Mierow 11950 Glengary Court Caledonia, IL 61011 | - | | | | | | | 28.00 |
| Account No. | | | | Cash or store credit | | | | |
| Toni Richmond 4705 Crescent Drive Rockford, IL 61108 | - | | | | | | | 1.96 |
| Account No. | | | | Cash or store credit | | | | |
| Tonja McCall 459 Waveland Rockford, IL 61102 | - | | | | | | | 46.71 |
| Account No. | | | | Cash or store credit | | | | |
| Toshiba Louis-Charles 1564 W 6th Street #9 Belvidere, IL 61008 | - | | | | | | | 31.90 |
| Account No. | | | | Cash or store credit | | | | |
| Tracey Follis 1212 Union Avenue Belvidere, IL 61008 | - | | | | | | | 3.75 |

Sheet no. __149__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 112.32 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                           ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Cash or store credit | | | | |
| Tracey Greenland 9184 Longfellow Lane Machesney Park, IL 61115 | | - | | | | | | | 0.91 |
| Account No. | | | | | Cash or store credit | | | | |
| Tracey Pozzi 3880 Carbineer Drive Belvidere, IL 61008 | | - | | | | | | | 18.85 |
| Account No. | | | | | Product held for consignment | | | | |
| Tracey Pozzi 3880 Carbineer Drive Belvidere, IL 61008 | | - | | | | | | | 11.25 |
| Account No. | | | | | Cash or store credit | | | | |
| Tracey Tunison 3427 Broadway Rockford, IL 61108 | | - | | | | | | | 5.64 |
| Account No. | | | | | Cash or store credit | | | | |
| Traci O'Connell 1930 N. Church Street Rockford, IL 61103 | | - | | | | | | | 9.70 |

Sheet no. __150__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46.35

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kidz Closet Consignments and Resale, Inc**                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| Traci Reh 1628 N. Horace Avenue Rockford, IL 61101 | - | | | | | | 0.36 |
| Account No. | | | Cash or store credit | | | | |
| Tracy Hefty 10035 Karl Close Belvidere, IL 61008 | - | | | | | | 2.71 |
| Account No. | | | Cash or store credit | | | | |
| Tracy Lovgren 7276 Waterford Drive Rockford, IL 61108 | - | | | | | | 1.35 |
| Account No. | | | Cash or store credit | | | | |
| Tracy Martinez 608 Shaw Street Rockford, IL 61104 | - | | | | | | 3.23 |
| Account No. | | | Cash or store credit | | | | |
| Tracy Trydo 2914 Sandy Hollow Road Rockford, IL 61109 | - | | | | | | 46.80 |

Sheet no. __151__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Tricia Ullrich<br>120 N. Vale Avenue<br>Rockford, IL 61107 | - | | | Cash or store credit | | | | 6.77 |
| Account No.<br><br>Trisha Plescia<br>1408 Jackson Street<br>Rockford, IL 61107 | - | | | Cash or store credit | | | | 8.50 |
| Account No.<br><br>Trishia McKee<br>2815 Broadway<br>Rockford, IL 61108 | - | | | Cash or store credit | | | | 13.50 |
| Account No.<br><br>Valerie Vinson<br>14824 Hunters Way<br>South Beloit, IL 61080 | - | | | Cash or store credit | | | | 1.80 |
| Account No.<br><br>VEronica Celletti<br>4622 RAvine Drive<br>Loves Park, IL 61111 | - | | | Cash or store credit | | | | 1.60 |

Sheet no. __152_ of __156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **32.17**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kidz Closet Consignments and Resale, Inc**_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Veronica Navaro 2225 Springbrook Avenue Rockford, IL 61107 | - | | | | | | | |
| | | | | | | | | 2.51 |
| Account No. | | | | Cash or store credit | | | | |
| Vicki Weidenbacher-Hoper 7352 Cody Run South Beloit, IL 61080 | - | | | | | | | |
| | | | | | | | | 85.37 |
| Account No. | | | | Product held for consignment | | | | |
| Vicki Weidenbacher-Hoper 7352 Cody Run South Beloit, IL 61080 | - | | | | | | | |
| | | | | | | | | 69.25 |
| Account No. | | | | Cash or store credit | | | | |
| Vickie Russom 4937 Fenwick Close Rockford, IL 61114 | - | | | | | | | |
| | | | | | | | | 3.49 |
| Account No. | | | | Cash or store credit | | | | |
| Vicky Smith 4705 Linder Place Rockford, IL 61107 | - | | | | | | | |
| | | | | | | | | 4.80 |

Sheet no. __**153**_ of __**156**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kidz Closet Consignments and Resale, Inc** ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Cash or store credit | | | | |
| Vicky Spencer 1907 21st Street Rockford, IL 61108 | - | | | | | | | 4.80 |
| Account No. | | | | Cash or store credit | | | | |
| Victoria Collier 114 Lincoln Park Blvd. Rockford, IL 61102 | - | | | | | | | 1.28 |
| Account No. | | | | Cash or store credit | | | | |
| Victoria Young 1311 Parmele Street Rockford, IL 61104 | - | | | | | | | 13.30 |
| Account No. | | | | Cash or store credit | | | | |
| Virginia DeBlauw 3129 Durham Court Rockford, IL 61109 | - | | | | | | | 24.69 |
| Account No. | | | | Product held for consignment | | | | |
| Virginia DeBlauw 3129 Durham Court Rockford, IL 61109 | - | | | | | | | 26.90 |

Sheet no. _154_ of _156_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    70.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kidz Closet Consignments and Resale, Inc** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cash or store credit | | | | |
| **Wendy Anderson** **2850 Centerville Road** **Rockford, IL 61102** | - | | | | | | 0.74 |
| Account No. | | | Cash or store credit | | | | |
| **Wendy Burns** **12127 Columbus Circle** **Loves Park, IL 61111** | - | | | | | | 4.83 |
| Account No. | | | Cash or store credit | | | | |
| **Wendy Irwin** **1231 Butler Road** **Rockford, IL 61108** | - | | | | | | 16.61 |
| Account No. | | | Cash or store credit | | | | |
| **Wendy Reese** **805 Highview** **Rockford, IL 61107** | - | | | | | | 17.55 |
| Account No. | | | Cash or store credit | | | | |
| **Wendy Sparby** **1211 Park Lane** **Dixon, IL 61021** | - | | | | | | 9.83 |

Sheet no. __155__ of __156__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          49.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kidz Closet Consignments and Resale, Inc**                        ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wendy Sward** <br> **2302 Broadway** <br> **Rockford, IL 61104** | - | | Cash or store credit | | | | 4.02 |
| Account No. <br><br> **Wendy Tucker** <br> **824 N. Main Street** <br> **Belvidere, IL 61008** | - | | Cash or store credit | | | | 19.13 |
| Account No. <br><br> **Yvonee Alexander** <br> **2762 Atherton Lane #17** <br> **Rockford, IL 61114** | - | | Cash or store credit | | | | 2.09 |
| Account No. <br><br> **Yvonne Sosa** <br> **5541 East Drive** <br> **Loves Park, IL 61111** | - | | Cash or store credit | | | | 1.34 |
| Account No. | | | | | | | |

Sheet no. __156__ of __156__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 26.58 |
| Total (Report on Summary of Schedules) | 14,126.43 |

B6G (Official Form 6G) (12/07)

.

In re    **Kidz Closet Consignments and Resale, Inc**                                        Case No. _____
                                                                                   ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rockford Plaza Joint Venture**<br>**c/o The Erickson Group, Inc.**<br>**2554 Charles Street**<br>**Rockford, IL 61108** | **Lease of Retail Space** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Kidz Closet Consignments and Resale, Inc** _____, Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tabatha Hutchinson**<br>**2722 Norway Pine Rd**<br>**Rockford, IL 61109** | **Unknown and disputed** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Kidz Closet Consignments and Resale, Inc__         Case No. _____
                                     Debtor(s)        Chapter    __7__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___168___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 31, 2011** _____        Signature    **/s/ Tabitha Hutchinson** _____
                                                            **Tabitha Hutchinson**
                                                          **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kidz Closet Consignments and Resale, Inc**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$18,276.36** | **2011 YTD: Kidz Closet Consignment & Resale, Inc.** |
| **$44,393.00** | **2010: Kidz Closet Consignment & Resale, Inc.** |
| **$63,334.00** | **2009: Kidz Closet Consignment & Resale, Inc.** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rockford Plaza Joint Venture Landlord's Five Day Notice for Non-Payment of Rent** | **Collection** | | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bernard J. Natale, Ltd**<br>**6833 Stalter Dr., Suite 201**<br>**Rockford, IL 61108** | **08/2011** | **$1,901 plus costs** |

4

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
□    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **See Schedule F** | **Childrens clothing, toys, books and infant gear held on consignment** | **Debtor's place of business** |

5

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                           NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kidz Closet Consignments and Resale, Inc** | **90-0108111** | **2520 Charles Street Rockford, IL 61108** | **Retail resale and consignment of childrens clothing, toys, books and infant gear. Debtors' acquired ownership 02/01/2003** | **11/2001 - 06/30/2011** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tabitha Hutchinson 2722 Norway Pine Road Rockford, IL 61109** | **02/01/2001 - 06/30/2011** |
| **Sheryl Taylor Accounting 144 W Brigham Rd Saint George, UT 84790** | **02/01/2011 - 06/30/2011** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                              DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Tabitha Hutchinson** | **2722 Norway Pine Road** |
| | **Rockford, IL 61109** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **Daily and checked quarterly** | **Tabitha Hutchinson** | **Retail** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Daily and checked quarterly** | **Tabitha Hutchinson** |
| | **2722 Norway Pine Road** |
| | **Rockford, IL 61109** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tabitha Hutchinson** | **President** | **100%** |
| **2722 Norway Pine Road** | | |
| **Rockford, IL 61109** | | |
| **Michael Hutchinson** | **Sec-Treas** | |
| **2722 Norway Pine Road** | | |
| **Rockford, IL 61109** | | |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tabitha Hutchinson** **2722 Norway Pine Road** **Rockford, IL 61109**     **President/Sole Shareholder** | **3rd & 4th qtr 2010 - wages** | **$760** |

### 24. Tax Consolidation Group.

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                     TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                             TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **August 31, 2011**                    Signature   **/s/ Tabitha Hutchinson**
                                                           **Tabitha Hutchinson**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Kidz Closet Consignments and Resale, Inc__

Debtor(s)

Case No. _____

Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,901.00 |
| Prior to the filing of this statement I have received | $ | 1,901.00 |
| Balance Due | $ | 0.00 |

2.  $ __299.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __August 31, 2011__

/s/ Bernard J. Natale
**Bernard J. Natale 2018683**
**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700   Fax: (815) 316-4646**
**natalelaw@bjnatalelaw.com**

---

## Attorney & Client Bankruptcy Retainer Contract

Federal law requires the execution of a written contract between attorney and client(s) for Bankruptcy representation. Signing this contract shall engage the services of *Bernard J Natale, Ltd*, hereinafter "Attorney" for Bankruptcy representation pursuant to Title 11, United States Code.

*Whereas* the undersigned client(s) desire(s) to engage the services of Attorney to represent client's(s') interest in connection with Bankruptcy Proceedings, attorney and client(s) do hereby agree as follows:

1.     For services rendered *pre-petition* Attorney shall interview client(s), analyze, prepare and file a Chapter 7 or 13 Bankruptcy Petition as may be appropriate and agreed to between the parties and appear at the first meeting of creditors held pursuant to 11 U.S.C. 341. Attorney shall further review and advise with respect to reaffirmation agreements. (Chapter 7)     Fees for these services shall be billed as indicated below in paragraph #7, except for those matters as set forth below as *post-petition* services. Attorney shall engage in all matters necessary for the effective representation of the interest of client in a Chapter 13 as set forth in the Model Retention Agreement for the United States Bankruptcy Court for the Northern District of Illinois.

2.     Any other services provided by attorney deemed necessary and incidental to the bankruptcy proceeding shall be considered *post-petition* services not contemplated by the fee agreed to in paragraph (7) below. Except in cases of Chapter 13, further *post-petition* services shall be billed monthly to client, and client agrees to pay said billings within 30 days of same.

3.     *Post-petition services* for which client may be billed and for which client agrees to pay *post-petition*, in Chapter 7 follow as set forth below. Chapter 13 post petition services shall be allowed, if any, as set forth in the Model Retention Agreement for the United States Bankruptcy Court for the Northern District of Illinois.

    A.     Correspondence and telephone conferences to creditor(s), attorneys or other parties in interest of case filing or enforcement of the Automatic Stay. **(Hourly Rate)**

    B.     Uncontested Motions to avoid non-purchase money liens in household goods and furnishings. **($300)**

    C.     Uncontested Motions to avoid judgment liens. **($300)**

    D.     Motions to enforce the Automatic Stay and Sanctions resulting from violations thereof by a creditor(s). **(Hourly)**

    E.     Response to any creditor's motion for relief from the automatic stay. **(Hourly)**

    F.     Telephone conferences and office conferences with client(s), Bankruptcy Clerk, United States Trustee, case trustee, creditors and attorneys regarding case administration. **(Hourly)**

Attorney & Client Bankruptcy Retainer Contract
Page 2 of 3

G.  Defense of any claims made by the case trustee including, but not limited to, objections to exemptions and turnover of non-exempt property. **(Hourly)**

H.  Response to and defense of any claim of either a case trustee or any creditor objecting to discharge or dischargeability of debt(s). **(Hourly)**

I.  Preparations of amendments to Bankruptcy Schedules, including, but not limited to, amended schedules to add creditors not listed in the original petition. **(Hourly plus Court $26 filing fee)**

J.  Defense of any Adversary proceeding in which client(s) is named as a party. **(Hourly)**

K.  Any other matter deemed by attorney necessary to represent client(s) interest for the subject matter of this engagement. **(Hourly)**

4.  Paragraphs A-K enumerated above are not intended to be exhaustive, but only illustrative, of *post-petition* services contemplated by the parties. Attorney agrees to keep contemporaneous time records for the above services, shall bill monthly, in time increments of 1/10 per hour, pursuant to Bankruptcy Rules. Attorney's hourly rate for the above services shall be **$275.00**. Associate Attorney's hourly rate for the above services shall be **$175.00**.

5.  The failure of client to pay for *post-petition* services when the same become due and payable, as set for above, shall constitute cause for attorney to withdraw as attorney of record and cease all further services to client. Any withdrawal as attorney for client shall not be deemed a waiver of fees due and payable. *Client agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.*

6.  The following disclosures are made pursuant to 11 U.S.C. Sec. 527(a)(2) shall be incorporated into this retainer contract between the parties. Client(s) is hereby notified:

A.  All information required to be provided to attorney by client with a petition and thereafter during a case under the Bankruptcy Code shall be complete, accurate, and truthful.

B.  All assets and all liabilities shall be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that a debtor list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale of marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant

Attorney & Client Bankruptcy Retainer Contract
Page 3 of 3

        would charge for property of that kind, considering the age and condition of the property.

C.    The information which appears on Official Form 22, Statement of Current Monthly Income shall be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

D.    Information that client(s) provide during the case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under Title 11, United States Code or other sanction, including criminal sanctions.

7.    Client shall pay, prior to case filing, to attorney for the above-described services, the base fee of $_1,901.00_ plus costs of $299 for a Chapter 7 or costs of $274 for a Chapter 13. Attorney fees for a Chapter 13 shall be paid as provided in any Chapter 13 plan and as provided by local rule.

8.    In the event of dismissal of the Chapter 13 case Client agrees to pay all previously unpaid attorney fees to attorney within 30 days of billing. In the event of nonpayment, client agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.

Dated _8-29-11_    Client _Tabitha Hutchi____ President_

Dated _8-29-11_    Client _____ Sec/Treas._

Dated _8/29/11_    Attorney _____

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kidz Closet Consignments and Resale, Inc**                              Case No.
_____                                  Chapter    **7**  _____
                                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____  **738**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 31, 2011**                      **/s/ Tabitha Hutchinson**
_____              _____
                                     **Tabitha Hutchinson/President**
                                     Signer/Title

Aimee Peacock
3433 Baxter Road
Rockford, IL 61109

Amanda Olmstead
414 N Church Street
Rockford, IL 61103

Amy Marke
912 Paris Avenue
Rockford, IL 61107

Alexis Klemm
2235 Custer Avenue
Rockford, IL 61103

Amanda Phillips
10900 N. Kenney Road
Warrensburg, IL 62573

Amy Nickel
3315 Alta Vista
Rockford, IL 61107

Ali Glenn
4730 W. Highway 11
Janesville, WI 53548

Amy Addotta
5601 Knollwood Road
Rockford, IL 61107

Amy Northrop
604 St. Louis Avenue
Rockford, IL 61104

Alison Meason
338 Harwich Place
Rockton, IL 61072

Amy Block
9346 Winterfield Lane
Roscoe, IL 61073

Amy Novak
4902 Powder Horn Place
Caledonia, IL 61011

Alison Walter
4816 Crescent Drive
Rockford, IL 61108

Amy Campos
2513 Whitehall Circle
Rockford, IL 61107

Amy Ohlson
507 S. Rockford Avenue
Rockford, IL 61104

Allison Walter
4816 Crescent Drive
Rockford, IL 61108

Amy Durso
619 James Avenue
Rockford, IL 61107

Amy Schreiner
1809 Camp Avenue
Rockford, IL 61103

Amanda Gonzales
3150 Liberty Drive
Rockford, IL 61101

Amy Giunta
821 Wingate Place
Rockton, IL 61072

Amy Smith
4384 Applewood Lane
Loves Park, IL 61111

Amanda Hart-Patrick
2244 22nd Street
Rockford, IL 61108

Amy Godfrey
5367 Wagon Wheel Lane
Loves Park, IL 61111

Andi Flickinger
1151 Krupke Road
Caledonia, IL 61011

Amanda Hastings
6445 Tramore Lane
Rockford, IL 61107

Amy Henry
2236 16th Avenue
Rockford, IL 61104

Andrea Dummich
4331 Chesterfield Avenue
Rockford, IL 61109

Amanda Johnson
1202 Banks Street
Rockford, IL 61102

Amy MacAdam
10083 Pine Valley Circle
Belvidere, IL 61008

Andrew Baker
1311 Leamon Place
Rockford, IL 61108

Angel Cochran
218 Regan Street
Rockford, IL 61107

Alma Peterson
4335 Crawford Drive
Rockford, IL 61114

Audrey Engelbrecht
1214 Brown Hills Road
Rockford, IL 61107

Angel Gaudry
4795 Powderhorn Place
Caledonia, IL 61011

Ann Klock
2674 Woodmar Road #1
Rockford, IL 61114

Audrey O'Sullivan
349 Misty Meadow Lane
Davis Junction, IL 61020

Angela Aase
222 Kirkstone Place
Rockton, IL 61072

Ann Marie Smith
309 Hollister Avenue
Rockford, IL 61108

Aundrette Stevenson
230 Evelyn Avenue
Loves Park, IL 61111

Angela Harmon
134 E. River Street
Rockton, IL 61072

Ann Seigel
1121 Brookfield Road
Rockford, IL 61107

Barb Granite
2817 Soland
Rockford, IL 61114

Angela Ryks
3130 Coleman Avenue
Rockford, IL 61101

Anna Sheaffer-Ahearn
3585 Prairie Road
Belvidere, IL 61008

Becki Morgan
4507 Lanewood Circle
Rockford, IL 61108

Angela Schmidt
4268 Glenmore Drive
Rockton, IL 61072

April Perrine
513 Adams Street
Rockford, IL 61107

Becky Horn
402 27th Street
Rockford, IL 61108

Angela Schoeneweiss
6401 Montague Road
Rockford, IL 61102

Ashley Johnston
4231 Lisa Drive
Rockford, IL 61114

Becky Mauro
630 Donelda Lane
Rockford, IL 61102

Angela Smith
208 Cameron Avenue
Rockford, IL 61102

Ashley Rhea
2330 11th Avenue
Rockford, IL 61104

Bertha Rocha
2305 S. Main Street
Rockford, IL 61107

Angelina Waldron
453 Perley Avenue
Pecatonica, IL 61063

Ashley Voss
4718 Pine-Al Drive
Machesney Park, IL 61115

Bessie Wang
7776 Canterbury Ridge Drive
South Beloit, IL 61080

Anita Korn
3435 Minnesota Drive
Rockford, IL 61108

Aubrae Rice
10573 Banyan Drive
Machesney Park, IL 61115

Beth Haddad
1628 Cynthia Drive
Rockford, IL 61107

Betsy Komerska
107 Valhalla Drive
Poplar Grove, IL 61065

Brenda Kienk
2525 Brendenwood Road
Rockford, IL 61107

Cane Logen
803 Garfiled Avenue
Rockford, IL 61103

Betty Chears
3616 Crosby Street
Rockford, IL 61107

Brenda Pierson
252 Fairway View
Cherry Valley, IL 61016

Carley E. Mead
3525 Normandy Avenue
Rockford, IL 61103

Betty Garza
Sterling, IL 61081

Brian Beaulieu
7245 Chuck Way
Loves Park, IL 61111

Carlos Chacon
6325 Nimtz Road
Loves Park, IL 61111

Betty Giesen
6377 Collingswood Court
Rockford, IL 61103

Brian Smith
2543 Melody Lane
Rockford, IL 61114

Carlton Dean
3105 Harney Court
Rockford, IL 61108

Bevin Olson
310 Shelden Drive
Winnebago, IL 61088

Bridget Humphrey
5545 Windy Knoll
Loves Park, IL 61111

Carmel Duffy
1543 Wind Trace Court
Rockton, IL 61072

Bozena Kaszycki
3236 S. Main Street
Rockford, IL 61102

Brittany Johnson
1313 Charles Street
Rockford, IL 61104

Carol Ackerman
2111 Taliesen Lane
Rockford, IL 61107

Brandi Chudoba
8570 N. Hales Corner Road
Stillman Valley, IL 61084

Brittany Murray
614 11th Street
Rockford, IL 61104

Carol Brosend
972 Campton Drive
Rockford, IL 61102

Brandy Robbins
634 13th Street
Rockford, IL 61104

Brooke Hermanowicz
4952 Pine Cove Court
Loves Park, IL 61111

Carol Hart
7724 Stephens Road
Rockton, IL 61072

Brenda Garcia
4870 E. Lawn Drive
Rockford, IL 61108

Bryan Snow
333 Memorial Street
Rockford, IL 61102

Carol Martin
643 Kingsbury Court
Algonquin, IL 60102

Brenda Kendell
3904 Pioneer Drive
Rockford, IL 61107

Cameron Henderson
904 24th Street
Rockford, IL 61108

Carolyn Arango
920 Bluecrest Drive
Rockford, IL 61107

Carolyn Barclay
6549 S. Rock City Road
German Valley, IL 61039

Carrie Boyer
931 6th Avenue
Rockford, IL 61108

Charles Parravecchio
481 Bienterra Trail #4
Rockford, IL 61107

Carolyn Sergent
917 Highview Avenue
Rockford, IL 61107

Cathie Mayer
4935 Linden Road
Rockford, IL 61109

Charley Carlson
215 S. Vale Avenue
Rockford, IL 61108

Carrie Beck
871 Prairie Lily Lane
Rockford, IL 61108

Cathy Alexander
2134 Winding Road
Belvidere, IL 61008

Charo Garlitz
1713 Burton Street
Rockford, IL 61103

Carrie Carpenter
2321 Broadway #3
Rockford, IL 61104

Cathy Cave
1231 10th Avenue
Rockford, IL 61104

Cheri Smith
1753 Red Oak Lane
Rockford, IL 61107

Carrie Dawdy
3710 Connecticut Drive
Rockford, IL 61108

Cecilia Lander
309 W. Main Street
Durand, IL 61024

Cheryl Bates
439 Creekview Lane
Rockford, IL 61114

Carrie Goings
3674 Woodmar Road
Rockford, IL 61114

Cera Payne
4718 Haverhill Drive
Rockford, IL 61107

Chris Straub
4709 Orchard Avenue
Rockford, IL 61108

Carrie Schrader
3548 Chad Street
Rockford, IL 61102

Chad Soderberg
122 Sanctuary Road
Rockton, IL 61072

Chris Tremblay
639 McHenry Avenue
Woodstock, IL 60098

Casandra Peters
2807 Rudeen Close #3
Rockford, IL 61108

Chamicwa Black
1518 Chestnut Street
Rockford, IL 61102

Chris Wessels
6568 Prairie Street
Garden Prairie, IL 61038

Cassandra Richardson
2911 Preston Street
Rockford, IL 61102

Charlene Cardona
1362 N. Greenview
Rockford, IL 61101

Christa Balnius
6404 Simpson Road
Rockford, IL 61102

Cassie McKee
2104 7th Street
Rockford, IL 61104

Charlene Sanders
11424 Caledonia Road
Belvidere, IL 61008

Christi McWilliams
1897 Sunrise Drive
Rockton, IL 61072

Christina Castle
1830 Winchester Drive
Freeport, IL 61032

Cindy Riggins
528 Wilshire Drive
Machesney Park, IL 61115

Cynthia Ronsted
417 S. Gardiner
Rockford, IL 61104

Christina Hutchinson
118 Laclede Avenue
Rockford, IL 61102

Cindy Ralston
7709 Mill Road
Rockford, IL 61108

Cynthia Hansen
2820 Langstone Drive
Rockford, IL 61109

Christina McGraw
1519 13th Street
Rockford, IL 61104

Claudia Hernandez
208 Bree Drive
Poplar Grove, IL 61065

Cynthia Popowski
218 Bree Drive
Poplar Grove, IL 61065

Christina Monarrez
8212 Shore Drive, Apt. 2
Machesney Park, IL 61115

Clementina Bautista
2706 Hanson Street
Rockford, IL 61109

Cynthia Welte
8146 Round Table Lane
Roscoe, IL 61073

Christine Christenson
135 Summit Street
Rockford, IL 61108

Connie Lindstedt
1724 20th Street
Rockford, IL 61104

Dana Angileri
5233 Welsh Road
Rockford, IL 61107

Christine Edwards
10748 Clinton Corners Road
Clinton, WI 53525

Connie Palmer
733 Merrill Avenue
Loves Park, IL 61111

Dana Loner
123 Robert Avenue
Rockford, IL 61107

Christine Glogowski
5110 Highcrest Road
Rockford, IL 61107

Connie Richardson
7204 Laurel Cherry Drive
Rockford, IL 61108

Danielle Doyle
4157 Ashwinton Way
Rockford, IL 61107

Christine Hansen
3519 Robey Avenue
Rockford, IL 61103

Courtney Gonzalez
315 Hollister Avenue
Rockford, IL 61107

Danielle Smith
315 S. Vale Avenue
Rockford, IL 61108

Christine Rogalin
843 W. Locust Street
Belvidere, IL 61008

Courtney Sesko
110 S. Fifth Street
Kirkland, IL 60146

Darlee Dostal
5996 Kelmor Drive
Roscoe, IL 61073

Cindy Harris
1315 26th Street
Rockford, IL 61108

Courtney Smith
1427 Meadow Court
Rockford, IL 61104

Dawn Fielder
1114 Emerald
Machesney Park, IL 61115

Dawn Fitch
5262 Tenby Chase
Loves Park, IL 61111

Debbie Hammond
630 Hulbert Street
Rockford, IL 61104

Destiny Hannah
757 Belmont Blvd, #103
Rockford, IL 61103

Dawn Franck
1105 Santa Fe
Davis Junction, IL 61020

Debi Kaplan
522 Laurel Drive
Rockford, IL 61107

Diana Hogshead
1711 Warren Road
Rockford, IL 61108

Dawn Miller
2154 Grandchester Place
Rockford, IL 61107

Debra Cannon
202 McLain Avenue
Rockford, IL 61102

Diana Moore
3890 Dynasty Lane
Rockford, IL 61114

Dawn Smolinski
4823 Brookview
Rockford, IL 61107

Dede Arnold
PO Box 293
Cedarville, IL 61013

Diana Perkins
2837 Potter Street
Rockford, IL 61109

Dean Lewandowski
351 Harwich
Rockton, IL 61072

Deirdre Shugart
5454 Lambeth Drive
Rockford, IL 61107

Diana Webster
2636 19th Street
Rockford, IL 61109

Deanna Watts
5408 Arnold Court
Rockford, IL 61108

Delilah Alvarez
1975 Stone Mill Road
Chana, IL 61015

Diane Leeson
2831 Ware Road
Rockford, IL 61114

Deb Rogers
6344 Torch Lite Trail
Loves Park, IL 61111

Demetria Lovett
5715 Forest Hills Road
Rockford, IL 61114

Dionna Stevens
645 Easton Parkway
Rockford, IL 61108

Deb Stafford
1311 Widergren Drive
Rockford, IL 61108

Denise Ellison
PO Box 6442
Rockford, IL 61125

DLynn Barr
1923 Randolph Drive
Rockford, IL 61103

Debbie Carlston
957 N. Court Street
Rockford, IL 61103

Denise Falk
3810 Floxglove Lane
Winnebago, IL 61088

Donna Blecker
341 Sheridan Drive
Loves Park, IL 61111

Debbie Foss
2403 17th Avenue
Rockford, IL 61108

Denise Olesen
2516 Whitehall Lane
Rockford, IL 61107

Donna Edwards
2304 S. 6th Street
Rockford, IL 61104

Donna Findley
5321 Choctaw Trail
Rockford, IL 61109

Elizabeth Rowland
1449 S. High Street
Freeport, IL 61032

Esmeralda Martinez
1419 6th Avenue
Rockford, IL 61104

Donna Niswanger
3034 17th Street
Rockford, IL 61109

Elizabeth Slouber
1222 School Street
Rockford, IL 61101

Eva Lopez
1924 Douglas Street
Rockford, IL 61103

Donna Vyborny
2715 Canterbury Lane
Rockford, IL 61101

Ellen Henry
3507 Thyme Drive
Rockford, IL 61104

Falysha McKeown
607 S. Rockford Avenue
Rockford, IL 61104

Dorothy Hilden
2915 Billie Road
Rockford, IL 61109

Ellie Johnson
214 Sherman Lane
Poplar Grove, IL 61065

Francie Pollock
7218 Sentinel Road
Rockford, IL 61107

Edward Light
2525 Pelham Road
Rockford, IL 61107

Emily Stahmann
150 Shadowbrook Drive
Capron, IL 61012

FRank Cudia
409 27th Street
Rockford, IL 61108

Effie Selas
3459 Thyme Drive
Rockford, IL 61114

Emma Hunt
815 Overlook Road
Rockford, IL 61107

George Bohn
246 LIberty Blvd.
Machesney Park, IL 61115

Elise Swanson
934 N. Court Street
Rockford, IL 61103

Ericka Grodon
4212 Florida Drive
Rockford, IL 61108

Gigi Hanna
1817 Hancock Street
Rockford, IL 61103

Elizabeth Bernier
3871 Lakeside Drive
Rockford, IL 61101

Erika Royster
1415 5th Avenue
Rockford, IL 61104

Gina Carlton
825 Stuyvesant Drive
Loves Park, IL 61111

Elizabeth Carden
12367 Meadow Drive
Winnebago, IL 61088

Erin Felton
6142 Charles Street
Rockford, IL 61108

Ginger Kunz
609 Dawson Avenue
Rockford, IL 61107

Elizabeth McGrath
407 Kazimour Drive
Port Barrington, IL 60010

Erin Kladar
643 E. Franklin Street
Rockton, IL 61072

Ginger Setinc
123 Greenview Avenue
Machesney Park, IL 61115

Ginny York
2817 Halsted Road
Rockford, IL 61101

Heather Goedert
731 Drexel Blvd.
Machesney Park, IL 61115

Holly Lange
1532 Crosby Street
Rockford, IL 61107

Gloria Shelby
615 Woodlawn Avenue
Rockford, IL 61103

Heather Hulmes
1029 E. Main Street
Rockton, IL 61072

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Gordon Hyser
216 Summitt Street
Poplar Grove, IL 61065

Heather McDaniel
316 Seminole Avenue
Rockford, IL 61102

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Grace Dark
4008 Shirley Road
Rockford, IL 61108

Heather Nieves
3207 Orleans Avenue
Machesney Park, IL 61115

Jackie Baker
Roscoe, IL 61073

Grace Johnson
127 Robert Avenue
Rockford, IL 61107

Heather Scheidenhelm
510 N. London Avenue
Rockford, IL 61107

Jackie Beavers
3316 E. State Street
Rockford, IL 61107

Gretchen Alvarez
316 Chestnut Court
Rockford, IL 61102

Heather Shannon
1712 SExton Drive
Rockford, IL 61108

Jacqueline Parker
1540 Freedom Walk H7
Dixon, IL 61021

Gretchen Schwalbach
2702 E. State Street
Belvidere, IL 61008

Heather Sofran
1237 Revell Avenue
Rockford, IL 61107

Jacqui Bogle
6165 S. Brooklyn Road
Rochelle, IL 61068

Gwen Prescott
2680 Rudeen
Rockford, IL 61108

Heather Tufte
206 Daisyfield Road
Rockford, IL 61102

Jakichi Bailey
2140 10th Street
Rockford, IL 61104

Heather Champion
713 N. Chicago Avenue
Rockford, IL 61107

Heather Wright
10317 Pinesap Place
Roscoe, IL 61073

James Stripling
5129 Sandstone Drive
Loves Park, IL 61111

Heather Deming
124 N. Vale Avenue
Rockford, IL 61107

Heidi Scott
307 N. London Avenue
Rockford, IL 61107

Jamie Evans
PO Box 616
Roscoe, IL 61073

Jamie Hagerman
10316 Monarch Road
Roscoe, IL 61073

Jacquelyn Wick
9312 California Road
Rockford, IL 61108

Jennifer Anderson
2307 22nd Street
Rockford, IL 61108

Jamie Wehrle
1603 Jonathan Avenue
Rockford, IL 61103

Jeanine Miller
207 S. Gardiner Avenue
Rockford, IL 61104

Jennifer Black
905 W. Washington Street #6
Oregon, IL 61061

Jamila Green
5676 Covey Ridge Trail
Loves Park, IL 61111

Jeannie Joseph
108 Thornhill Drive
Poplar Grove, IL 61065

Jennifer Bussan
13073 Country Meadow
Winnebago, IL 61088

Jan Stary
3068 E. 6th Street
Belvidere, IL 61008

Jeannie Long
1803 26th Street
Rockford, IL 61108

Jennifer Hoekman
3321 Kimball Road
Rockford, IL 61114

Jana Grusy
1007 23rd Street
Rockford, IL 61108

Jeff Kindgren
1785 S. Trainer Road
Rockford, IL 61108

Jennifer Hultgren
1934 Harlem Blvd.
Rockford, IL 61103

Jane Erickson
4606 Spring Brook Road
Rockford, IL 61114

Jen Graves
3604 Lookout Drive
Rockford, IL 61109

Jennifer Jess
217 River Park Road #2
Loves Park, IL 61111

Jane Miller
3000 W. Loras
Freeport, IL 61032

Jen Lewandowski
813 Fitch Road
Rockford, IL 61109

Jennifer Kasten
3361 Aquamarine Drive
Rockford, IL 61102

Janet Buchanan
6057 Elderberry Lane
Cherry Valley, IL 61016

Jen McGonigal
4680 Appell Lane
Cherry Valley, IL 61016

Jennifer Kersey
1910 Price Street
Rockford, IL 61103

Janet Dunbaugh
1021 Portsmouth Drive
Rockford, IL 61102

Jen Warke
1437 Greenwood Avenue
Rockford, IL 61107

Jennifer Kuehnl
2818 Crampton Lane
Rockford, IL 61114

Janine Higgs
1620 7th Street #1
Rockford, IL 61104

Jenna Cornelius
1315 27th Street
Rockford, IL 61108

Jennifer Lassandro
1156 Butler Road
Rockford, IL 61108

Jennifer Matz
11792 Dundee Avenue
Belvidere, IL 61008

Jennifer Webb
928 Churchill Street
Rockford, IL 61103

Jessica Diehl
2218 Broadway
Rockford, IL 61104

Jennifer Maxwell
120 N. Ulster Street
Cherry Valley, IL 61016

Jennifer Williams
5717 Forest Hills Road
Rockford, IL 61114

Jessica Gierut
2229 7th Avenue #3
Rockford, IL 61104

Jennifer McCardle
1211 Crosby Street
Rockford, IL 61107

Jennifer Zalapi
12780 Vivian Court
Rockton, IL 61072

Jessica Hendeson
7072 Salzbrenner Lane
Machesney Park, IL 61115

Jennifer Meyer
2450 Cranston Road
Beloit, WI 53511

Jenny Cushing
3252 Windsong
Rockford, IL 61114

Jessica Jacobs
11005 Centennial Drive
Roscoe, IL 61073

Jennifer Moore
359 Brentwood Road
Machesney Park, IL 61115

Jenny Stauffer
612 N. Prospect
Rockford, IL 61107

Jessica Ruiz
5965 Princess Drive
Rockford, IL 61108

Jennifer Perez
2025 Pierce Avenue
Rockford, IL 61103

Jerilyn French
1628 Crosby Street
Rockford, IL 61108

Jessica Verdier
1507 S. 6th Street
Rockford, IL 61104

Jennifer Pool
1910 Price Street
Rockford, IL 61103

Jerry Hill
1409 Iles Avenue
Belvidere, IL 61008

Jessica Wilson
1055 Hess Court
Rockford, IL 61101

Jennifer Rizzo
2237 Canary Drive #11
Rockford, IL 61103

Jessica Buck
414 S. Lombard Avenue
Oak Park, IL 60302

Jill Beyer
9024 Harrison Road
Winnebago, IL 61088

Jennifer Smith
5814 Flambeau Court
Rockford, IL 61114

Jessica Cicogna
8752 Belvoir Drive
Belvidere, IL 61008

Jill Camling
6571 Kathryn Road
Oregon, IL 61061

Jennifer Tucker
2216 Arnold Avenue
Rockford, IL 61108

Jessica Clements
16075 4th Street
Rockford, IL 61104

Jill Greenig
328 N. Rockford
Rockford, IL 61107

Jill Reed
2020 Arthur Avenue
Rockford, IL 61101

John Norman
12409 Brandhern
Beloit, WI 53511

Julia Boggs
2542 Hawthorne Drive
Beloit, WI 53511

Joan Moss
3381 Fawnridge Drive
Rockford, IL 61114

Jon Crowell
3826 Meed Creek Road
Mount Morris, IL 61054

Julia Caruso
419 Market Street
Rockford, IL 61104

Joan Wilken
240 Northway Road
Machesney Park, IL 61115

Joseph Carrell
4350 Wildwood Lane
Rockford, IL 61101

Julia Guerrero
1912 Eastmoreland
Rockford, IL 61108

Jodi Carlson-Huffman
2322 Springbrook Avenue
Rockford, IL 61107

Joy Plankey
3111 Riverside Drive
Beloit, WI 53511

Julie A. Hauser
3262 Pepper Court
Rockford, IL 61114

Jodi Howell
PO Box 245
Paw Paw, IL 61353

Joyce Craig
619 St. Louis Avenue
Rockford, IL 61104

Julie Brainer
919 18th Street
Rockford, IL 61104

Jody Vautsmeier
425 N. Oak Knolls Avenue
Rockford, IL 61108

Joyce Sweeney
3037 10th Street
Rockford, IL 61109

Julie Eldridge
7607 Venus Street
Loves Park, IL 61111

Joella Anderson
2324 26th Street
Rockford, IL 61108

Judith Lamantia
4804 Stirrup Cup Court
Loves Park, IL 61111

Julie Erickson
816 19th Street
Rockford, IL 61109

JoEllen Winterton
2761 E. Deer Path Road
Byron, IL 61010

Judy Lee
816 12th Street
Rockford, IL 61104

Julie Gavic
1024 Blenheim Drive
Rockford, IL 61108

Johanna Meneses
705 11th Street
Rockford, IL 61104

Judy Wille
4770 Lincliff Drive
Rockford, IL 61109

Julie Horner
5040 Welsh Court
Rockford, IL 61107

John Glennon
5124 Parliament Place
Rockford, IL 61107

Julee Ambruoso
6977 Hiatt Drive
Rockford, IL 61114

Julie Murphy
1209 Jennie Drive
Machesney Park, IL 61115

Julie Nelson
227 Skylark Drive
Rockford, IL 61107

Karen Herwin
2819 Concordia Drive
Rockford, IL 61109

Kathy Lewellen
531 Rome Avenue
Rockford, IL 61107

Julie Owens
6217 John Street
Loves Park, IL 61111

Karen Horning
223 Washington Street
Rockford, IL 61104

Kathy Prezas
1620 Glenview Road
Glenview, IL 60025

Julie Scheskie
514 Hester
Silver City, NM 88061

Karen Locarno
5219 Regents
Rockford, IL 61107

Kathy Sink
2901 Searles Avenue
Rockford, IL 61101

Julie Schwenk
6711 Woodcrest Parkway
Rockford, IL 61109

Karen Olson-Pitkus
3361 Baxter Road
Rockford, IL 61109

Kathy Smith
727 Regan Street
Rockford, IL 61107

Kai Mulford
6482 Charles Street
Rockford, IL 61108

Karen Watts
1447 Randall Drive
Rockford, IL 61108

Katina Hayes
4535 Apple Orchard Lane
Rockford, IL 61108

Kameron Jones
3525 Normandy Avenue
Rockford, IL 61103

Kari Anne Doss
4104 Auburn Street
Rockford, IL 61101

Keisha Brown
6588 Sonoma
Rockford, IL 61114

Kara Rehfeldt
1837 Harlem Blvd.
Rockford, IL 61103

Kary Clark
4334 Pepper Drive
Rockford, IL 61114

Kelli J. Rundle
1228 Anee Drive
Rockford, IL 61108

Karen Arthurs
3514 Westgage Parkway
Rockford, IL 61108

Kathleen Arnold
6455 Springhill Close
Rockford, IL 61108

Kelly Crary
408 S. Chicago Avenue
Rockford, IL 61104

Karen Compton
815 Jordan Place
Rockford, IL 61108

Kathleen Westphal
314 Brown Avenue
Rockford, IL 61103

Kelly Fitz
11910 Ventura Blvd
Machesney Park, IL 61115

Karen Erickson
1308 Leaman Place
Rockford, IL 61108

Kathy Holt
2320 Ohio Parkway
Rockford, IL 61108

Kelly Foree
14984 Anderson Road
Durand, IL 61024

Kelly Musolf
12415 Wildflower Lane
Belvidere, IL 61008

Kenisha Lambert
601 S. Henrietta Avenue
Rockford, IL 61108

Kerri Hartje
12924 Wild Prairie
Belvidere, IL 61008

Keva Hagan
4810 Ottawa Road
Rockford, IL 61107

Kevin Cuniff
12827 Clearwater
Winnebago, IL 61088

Kidz Closet
2570 Charles Street
Rockford, IL 61108

Kim Brooks
1631 Cedardale Drive
Belvidere, IL 61008

Kim Conley
5419 Mark Drive
Roscoe, IL 61073

Kim Cruz
607 N. Rockford Avenue
Rockford, IL 61107

Kim Finedore
514 E. Lincoln Avenue
Belvidere, IL 61008

Kim Queer
419 Kennion Road
Rockford, IL 61109

Kim Knowlton
4842 Antioch Drive
Rockford, IL 61109

Kim Kott
5509 Heartwood Lane
Roscoe, IL 61073

Kim Penticoff
4225 Pinecrest Road
Rockford, IL 61107

Kim Suydam
280 E. Fieldstone
Oak Creek, WI 53154

Kim Sweezy
Machesney Park, IL 61115

Kim Swezey
4519 Harris Drive
Poplar Grove, IL 61065

Kim Williams
7650 Quiet Close
Rockford, IL 61114

Kisha Dolfi
2216 Hancock Street
Rockford, IL 61103

Korey Malkus
7826 Connelwood Drive
South Beloit, IL 61080

Kerri Williams
3885 Biltmore Chase
Rockford, IL 61109

Kreena Robbins
101 Griffin Place
Poplar Grove, IL 61065

Kris Bass
109 S. Walnut Street
PO Box 297
Franklin Grove, IL 61031

Kris Powell
8366 Alben Ken
Roscoe, IL 61073

Krista Peterson
2120 Toms Road
New Milford, IL 61109

Kristen Johnson
1527 11th Street
Rockford, IL 61104

Kristen Zuba
419 28th Street
Rockford, IL 61108

Kristian Stults
5702 Andrews Drive
Apartment 7
Roscoe, IL 61073

Kristin Reese
525 Dawson Avenue
Rockford, IL 61107

Kristine Turek
4904 Upland
Rockford, IL 61108

Krystal Dalman
3031 LaSalle Avenue #3
Rockford, IL 61114

Laura Smith
623 High Street
Pecatonica, IL 61063

Leslie Roxworthy
321 N. Gardiner Avenue
Rockford, IL 61107

Lakeisha Brown
2707 School Street
Rockford, IL 61101

Laura Wishard
5031 Harvey Road
Caledonia, IL 61011

Letonya Hunter
2303 Benderwirt
Rockford, IL 61103

Lani Mergen
408 S. Independance
Rockford, IL 61102

Lauren Prchal
5122 Arbutus Road
Rockford, IL 61107

Lila Ballard
529 S. Pierpont
Rockford, IL 61102

Larry Graham
1806 E. State Street
Rockford, IL 61104

Laurice Hillman
2294 Cobblestone Lane
Beloit, WI 53511

Linda Cammilleri
3417 Greenwood Avenue
Rockford, IL 61107

LaShun McGhee
1815 Brownfield Road
Rockford, IL 61108

Laurie A. Miller
5230 Gingerridge Lane
Rockford, IL 61114

Linda Kobler
2011 Oxford
Rockford, IL 61103

Latecia Jones
2112 Burton Street
Rockford, IL 61103

Laurie Nunez
2207 22nd Street
Rockford, IL 61108

LInda Miller
1104 24th Street
Rockford, IL 61108

Latisha Doyle
1707 S. 5th Street
Rockford, IL 61104

Leah Miller
327 N. Highland Avenue
Rockford, IL 61107

Linda Smith
3484 Valley Woods Drive
Cherry Valley, IL 61016

Laura Bloomfield
110 Harvest Glenn
Davis Junction, IL 61020

Lenae Weichel
1438 Collingswood
Rockford, IL 61103

Linda Stone
5946 Whispering Way
Loves Park, IL 61111

Laura Lindell
4003 Mila Avenue
Rockford, IL 61101

Lesley Klekamp
505 S. Memorial Avenue
Rockford, IL 61102

Linda Yoho
907 Night Owl Lane
Roscoe, IL 61073

Laura RAmey
4874 Clear Sky Drive
Rockford, IL 61109

Leslie McVay
3002 River Blvd
Rockford, IL 61109

Lindsay Arnold
814 Old Hunter Run
Byron, IL 61010

Lisa Bali
7098 Cauletti Drive
Loves Park, IL 61111

Lisa Cradic
3816 Landstrom Road
Rockford, IL 61114

Lisa Hess
605 Althea Street
Machesney Park, IL 61115

Lisa Hohlfeld
4511 Allendale Avenue
Rockford, IL 61109

Lisa Jones
11469 Oakton Road
Savanna, IL 61074

Lisa Kalen
66 Clayton Court
Winnebago, IL 61088

Lisa Kon
2421 Lindberg Drive
Rockford, IL 61109

Lisa McGoldrick
7021 Horizon Drive
Rockford, IL 61109

Lisa Novak
1710 King Highway
Rockford, IL 61108

Lisa Pesina
150 Brandywine Drive
Poplar Grove, IL 61065

Lisa Owner
4371 Linden Road
Rockford, IL 61109

Lisa Salazar
4673 Trevor Circle
Rockford, IL 61109

Lisa Walker
5854 Beechwood Drive
Loves Park, IL 61111

Lisa Wight
1651 Summerwood Lane
Belvidere, IL 61008

Lorene Perkins
11419 Edgemere Terrace
Roscoe, IL 61073

Lori Durkee
2965 Latham Road
Rockford, IL 61103

Lori Lee
302 Picadilly Drive
Poplar Grove, IL 61065

Lori Preusse
3990 Linden Road
Rockford, IL 61109

Lucille Korlski
4865 Linden Road
Rockford, IL 61109

Lucy Grant
849 Brookview Drive
Byron, IL 61010

Lyandra Simmons
539 Ranger
Rockford, IL 61109

Lynda Martin
1302 23rd Street
Rockford, IL 61108

Lynette Branch
2701 Bainburg Drive
Rockford, IL 61109

Lynette McAley
10740 Quail Hill Cove
Rockford, IL 61114

Lynne Riley
301 Hosmer Street
Loves Park, IL 61111

Maere Campos
3874 Kaiser Lane
Rockford, IL 61114

Maggie Kitchens
4015 Seward Avenue
Rockford, IL 61108

Mahtab Tashakori
1651 Meadowlark Lane
Rockford, IL 61108

Mandy Lincoln
423 Fairview Blvd.
Rockford, IL 61107

Marcia Hite
2227 Shelley Drive
Rockford, IL 61101

Margaret McCaw-Sullivan
690 N. Mulford Road
Rockford, IL 61107

Marjorie Sweeney
2185 White Hall Lane
Rockford, IL 61107

Maureen Hare
208 N. London Avenue
Rockford, IL 61107

Margorie Whitson
Rockford, IL 61108

Marlene Bysted
3461 Poplar Lane
Janesville, WI 53545

Maureen Stroberg
8236 Cherry North Drive
Rockford, IL 61108

Margret Herman
1427 Fuller Street
Rockford, IL 61107

Marquita Sanders
5715 Forest Hills Drive
Rockford, IL 61114

Megan Johnson
329 Paris Avenue
Rockford, IL 61107

Maria Courarrubias
1127 14th Street
Rockford, IL 61104

Marsha Barger
106 N. 7th
Oregon, IL 61061

Megan Laughlin
PO Box 3464
Rockford, IL 61105

Maria Hendriex
2113 Vermont
Rockford, IL 61101

Mary Jane Hughes
4606 Red Bluff
Rockford, IL 61107

Megan Lincoln
4970 Hampshire Close
Rockford, IL 61109

Maria Quintero
2511 E. State Street
Rockford, IL 61108

Mary Jensen
2107 16th Avenue #1
Rockford, IL 61104

Megan Perry
7573 Ryebrook
Rockford, IL 61114

Marie Jensen
319 Paris Avenue
Rockford, IL 61107

Mary Metzler
2112 Auburn Street
Rockford, IL 61103

Megan Trilk
6934 Hedgecliff Court
Rockford, IL 61114

Marie Pipowski
12425 Woodcrest Lane
Roscoe, IL 61073

Mary Moss
2183 Gainsboro
Davis, IL 61019

Meggan McKiness
2205 Dresden Avenue
Rockford, IL 61103

Marie Tilly
1102 18th Street
Rockford, IL 61104

Mary Paske
5008 Carol Court
Rockford, IL 61108

Meghan Murphy
6015 Oak Drive
Byron, IL 61010

Marilyn Moore
3316 Brookview Road
Rockford, IL 61107

Mary Tinajero
9037 N. Rock City Road
Rock City, IL 61070

Meghann Sinkiawic
6685 Nestlewood Road
Roscoe, IL 61073

Melanie Renfer
506 W. Fair Way Drive
Lena, IL 61048

Menyora Williams
1430 Crosby Street
Rockford, IL 61107

Michelle Memberger
2023 Mallory Street SW
Cedar Rapids, IA 52404

Melinda Latino
1323 Carbaugh Avenue
Rockford, IL 61101

Melysa Hutzler
9291 Cincinnati Drive
Machesney Park, IL 61115

Michelle Moore
1212 Stratford Avenue
Rockford, IL 61107

Melisa Hoemke
2901 Bevervue Road
Belvidere, IL 61008

MIchele Aguilar
3121 Glenwood Avenue
Rockford, IL 61103

Michelle Polizzi
810 Doral
Marengo, IL 60152

Melissa Box
123 4th
Rockford, IL 61108

MIchele Corirossi
5430 Roanoke Road
Rockford, IL 61107

Michelle Quast
2125 Douglas Street
Rockford, IL 61103

Melissa Byars
108 Dempster Road
Belvidere, IL 61008

Michele Matranga
3759 Christopher Drive
Rockford, IL 61101

Michelle Rock
5221 Deer Pointe
Rockford, IL 61114

Melissa Franklin
2945 Elmwood Road
Rockford, IL 61103

Michele Singmouangth
5506 Bastian Blvd.
South Beloit, IL 61080

Michelle Smithey
7615 Sommerville Street
Machesney Park, IL 61115

Melissa Gelafio
3428 Minnesota Drive
Rockford, IL 61108

Michelle Day
9330 Forest Ridge Drive
Roscoe, IL 61073

Michelle VanAken
3415 Shirley Road
Rockford, IL 61108

Melissa Lewis
6921 Woodcrest Parkway
Rockford, IL 61109

Michelle Fleming
523 Pearl Street
Rockford, IL 61104

Michelle White
Rockford, IL 61108

Melissa Tilley
1126 Kingsley Drive
Machesney Park, IL 61115

Michelle Holcomb
353 Bancroft Court #4
Rockford, IL 61107

Mickey Retra
1624 Kirby Court
Belvidere, IL 61008

Melissa Torres
124 Prairie Street
Sharon, WI 53585

Michelle Koch
1911 Clinton Street
Rockford, IL 61103

Miguelina Rodriguez
2306 Delry Drive
Rockford, IL 61107

Mike Prevett
4568 Trevor Circle
Rockford, IL 61109

Nadia Almanacr
1122 Union Avenue
Rockford, IL 61102

Nicole Clark
2120 Exeter Avenue
Loves Park, IL 61111

Mindy Thomas
6119 Oak Drive
Byron, IL 61010

Nadia Matson
3727 White Dove Lane
Rockford, IL 61114

Nicole Gordon
1725 Pershing Avenue
Rockford, IL 61109

Miranda Crane
6960 Rydberg road
Rockford, IL 61109

Nakisha Parham
3992 Eagle Drive
Rockford, IL 61103

Nicole Gutierrez
404 Mallard Road
Winnebago, IL 61088

Mishell Barickman
1018 Haskell Avenue
Rockford, IL 61103

Nakita Fricks
631 Garden Drive
Belvidere, IL 61008

Nicole Much
818 N. Chicago Avenue
Rockford, IL 61107

Missy Marinelli-Shele
2113 Melrose Street
Rockford, IL 61103

Nancy Basik
412 Welty
Rockford, IL 61107

Nicole Roberts
734 Illinois Avenue
Rockford, IL 61102

Mona Penticoff
2896 Edna Road
Rockford, IL 61102

Nancy Lindquist
1719 Log Cabin Avenue
Rockford, IL 61108

Nicole Smith
5120 Regents Park Road
Rockford, IL 61107

Monica Lindquist
805 E. Hosmer Street
Loves Park, IL 61111

Nancy Ryan
1024 Luther Avenue
Rockford, IL 61107

Nicole Wisocki
4398 Box Elder Lane
Rockford, IL 61108

Monica Moore
2019 Andrews Street
Rockford, IL 61101

Nanette Johnson
2011 15th Street
Rockford, IL 61104

Nina Rayon
6688 N. Point Road
Rockford, IL 61108

Monica Terronez
1010 18th Street
Rockford, IL 61104

Natalie Casarotto
901 17th Street
Rockford, IL 61104

Nineka Marinelli
2984 16th Street
Rockford, IL 61109

Monique Leman
11212 Foxhail
Durand, IL 61024

Nelly Raleigh
813 Stuyvesant Drive
Loves Park, IL 61111

Noel Lyons
2605 18th Street
Rockford, IL 61109

Norma Arias
4225 O'Connell Street
Rockford, IL 61109

Patrice Dixon
290 LaSalle Avenue #3
Rockford, IL 61114

Peter Getter
107 N. Rockford
Rockford, IL 61107

Octavia Talliver
530 13th Street
Rockford, IL 61101

Patrice Pash
104 Hollister Avenue
Rockford, IL 61108

Qiana Jennings
2460 Talandis Street
Sauk Village, IL 60411

Pam Lundberg
427 Fairview Blvd
Rockford, IL 61107

Patricia Brake
209 Hollister Avenue
Rockford, IL 61108

Rachel Hauff
1723 Douglas Street
Rockford, IL 61103

Pam Moses
4759 Charing Drive
Rockford, IL 61114

Patricia Lund
6537 Newburg Road
Rockford, IL 61108

Rachel Jenkins
3281 Nickolas Way
Rockton, IL 61072

Pam Ruenger
1014 22nd Street
Rockford, IL 61108

Patricia Powers
5518 Flatwillow
Roscoe, IL 61073

Rachel Perez
1233 4th Avenue
Rockford, IL 61104

Pam Smith
5130 Blackhawk Road
Rockford, IL 61109

Paula Ravn
115 S. Maple Street
Stillman Valley, IL 61084

Rachele Olsen
147 Wingtip Way
Machesney Park, IL 61115

Pamela Thomas
1718 Eastgage Parkway
Rockford, IL 61108

Peggy Ciembronowicz
2308 Oxford Street
Rockford, IL 61103

Raechel Carroll
1720 Remington Road
Belvidere, IL 61008

Pamela Trakas
5041 Park Valley Drive
Loves Park, IL 61111

Peggy Kenny
PO Box 67
Rockton, IL 61072

Randy James
2849 Echo Street
Rockford, IL 61109

Pat Jensen
1721 Parkview
Rockford, IL 61107

Penny Wallace
7504 Corrone Court
Roscoe, IL 61073

Randy Price
3419 Lauderdale Lane
Rockford, IL 61107

Pat Solon
9603 Baldwin
Machesney Park, IL 61115

Peter Anestopoulas
2103 Benderwirt
Rockford, IL 61103

Raven White
1401 7th Avenue
Rockford, IL 61108

Reamble Wilder
1522 4th Avenue
Rockford, IL 61108

Rick Sumrar
913 Rockhampton Drive
Rockford, IL 61102

Rosemary Hansing
658 Hollybrook Drive
Machesney Park, IL 61115

Rebecca Angeles
4636 Applewood Lane
Loves Park, IL 61111

Risba Brown
1808 Pierce Avenue
Rockford, IL 61103

Rosemary Weems
4003 9th Street
Rockford, IL 61109

Rebecca Novak
3415 Michael
Rockford, IL 61108

Robert McGhee
6601 E. Skinner Road
Stillman Valley, IL 61084

Rosie Burd
302 S. Elida Street
Winnebago, IL 61088

Renee Isbell
10470 Bluebonnet Drive
Machesney Park, IL 61115

Robert Nieman
301 Hollister AVenue
Rockford, IL 61108

Ruby Ramberg
5051 Linden Road
Rockford, IL 61109

Renee Ulrich
5930 Wymouth Drive
Rockford, IL 61114

Robin Downey
1616 N. Church Street
Rockford, IL 61103

Rudolf Vedo
5833 Nebeshonee
Rockford, IL 61103

Rhonda Madonna
7929 Elm Avenue
Loves Park, IL 61111

Rockford Plaza Joint Venture
c/o The Erickson Group, Inc.
2554 Charles Street
Rockford, IL 61108

Ryan Burke
1926 Maple Avenue
Loves Park, IL 61111

Rhonda Rodriguez
4142 Applewood Lane
Loves Park, IL 61111

Ron Johnson
735 Parkview Avenue
Rockford, IL 61107

S. Kornacker
10959 Chicory Road
Roscoe, IL 61073

Rhonda Young
1039 River Drive
Byron, IL 61010

Ronda Coleman
604 W. Dodson Drive
Urbana, IL 61802

Sabrina Knapp
1308 31st Street
Rockford, IL 61108

Richard Blackmon
610 E. Winneshiek
Freeport, IL 61032

Rosa Mendez
4812 Woodridge Court
Rockford, IL 61108

Sacha Pruett
8877 N. Hedge Road
Byron, IL 61010

Rick Lotter
905 Indian Parkway
Winnebago, IL 61088

Rose Marie Doyle
5231 Village Court
Rockford, IL 61108

Sally Schoonhoven
1436 5th Avenue
Rockford, IL 61104

Sam Myers
2705 Stowmarket
Rockford, IL 61109

Samantha Ehrhart
3007 Lawndale Avenue
Rockford, IL 61101

Sandra Fugle
1128 Candlewick Drive
Poplar Grove, IL 61065

Sandra Gregory
1611 Fairview Court
Rockford, IL 61107

Sandra Johnson
2331 9th Avenue
Rockford, IL 61104

Sandra Mandujano
809 Corbin Street
Rockford, IL 61102

Sandra Rogers
1907 12th Avenue
Rockford, IL 61104

Sandy Harvey
5641 Falmouth Drive
Rockford, IL 61109

Sara Chesnek
507 N. Walnut Avenue
Forreston, IL 61030

Sara Fisher
3304 Harrison Avenue
Rockford, IL 61109

Sara Haile-Podell
1043 S. Wenonah
Oak Park, IL 60304

Sara Kallenbach
2170 Inner Circle Drive
Rockford, IL 61101

Sara Marquetti
1061 Minns Drive
Machesney Park, IL 61115

Sara Painter
2703 N. Alpine Road
Rockford, IL 61114

Sara Titus
1616 Rural Street
Rockford, IL 61107

Sarah Babcock
3510 Harrison Avenue
Rockford, IL 61108

Sarah Fiorenza
3507 Thelma Street
Rockford, IL 61108

Sarah Legue
517 Catlin Street
Rockford, IL 61104

Sarah Sak
2026 3rd Avenue
Rockford, IL 61104

Savannah Szeluga
2325 10th Avenue
Rockford, IL 61104

Scott Gentz
322 S. Gardiner Avenue
Rockford, IL 61104

Shana Ott
2237 13th Avenue
Rockford, IL 61104

Shannon Henderson
6501 Halley Road
Rockford, IL 61101

Shannon Nelson
716 29th Street
Rockford, IL 61108

Shannon Smith
303 E. Main Street
Stillman Valley, IL 61084

Shari Cox
701 Wayne Drive
Machesney Park, IL 61115

Shawn and Sheri Byers
102 Autumnwood Avenue
Davis Junction, IL 61020

Shawn LaPlante
810 Wyman School Road
Caledonia, IL 61011

Sheila Hastut
1732 12th Avenue
Rockford, IL 61104

Shelia Antosch
501 James Avenue
Rockford, IL 61107

Shelly Spickler
302 E. Cunningham
Winnebago, IL 61088

Stacy Bartone
2025 Eastmoreland
Rockford, IL 61108

Susan Kleiman
8772 S. Lowden Road
Franklin Grove, IL 61031

Sheree Holman
2316 Sharon Avenue
Rockford, IL 61103

Stacy Erickson
3035 18th Street
Rockford, IL 61109

Susan Rader
8800 Westridge Drive
Belvidere, IL 61008

Sheri Mattis
5310 Dierks Drive #1
Rockford, IL 61108

Stefanie Skaggs
4745 Bates Road
Belvidere, IL 61008

Susan Visser
2904 Miller Road
Marengo, IL 60152

Sherri Dickerson-luse
437 Greenspire
Machesney Park, IL 61115

Stephanie Contreras
4568 Treavor Circle #1
Rockford, IL 61109

Suzan Allen
519 Bounty Drive NE
Poplar Grove, IL 61065

Sherry Holder
2016 Custer Avenue
Rockford, IL 61103

Stephanie Doyle
2644 Lapey Street
Rockford, IL 61109

Suzanne Graff
2879 Dourdan Road
Belvidere, IL 61008

Sherry Oman
1212 Theodore
Loves Park, IL 61111

Stephanie Jacobs
1121 N. Church Street
Rockford, IL 61103

Suzanne Shelain
1818 2nd Avenue
Rockford, IL 61104

Shiquiya Robinson
343 Gramercy Drive #3
Rockford, IL 61107

Stephanie Link
1608 Sexton Drive
Rockford, IL 61108

Suzette Laputa
2204 Broadway
Rockford, IL 61104

Shirley Petty
4381 Stagecoach Trail
Rockford, IL 61101

Stephanie Phetlamnao
516 Royal Avenue
Rockford, IL 61101

Synda Ahmer-Gable
3709 Mill Road
Cherry Valley, IL 61016

Solvey Jordahl
2136 9th Street
Rockford, IL 61104

Sue Redman
4156 Applewood Lane
Loves Park, IL 61111

Tabatha Hutchinson
2722 Norway Pine Rd
Rockford, IL 61109

Stacey Gillespie
804 Indian Dancer Trail
Belvidere, IL 61008

Susan Fuller
802 Evans Avenue
Machesney Park, IL 61115

Tabith Hutchinson
2722 Norway Pine Road
Rockford, IL 61108

Tabitha Hutchinson
2722 Norway Pine Road
Rockford, IL 61108

Tammy Laverne
6206 Linden
Rockford, IL 61109

Terry Chappell
4103 Darlington Road
Holiday, FL 34691

Takeisha Lambert
1510 Cunningham Street, #2
Rockford, IL 61102

Tammy Woodsmall
13332 Springhill Drive
Winnebago, IL 61088

Terry Kant
3324 Parkside Avenue
Rockford, IL 61101

Tamara Bonacquisti
3349 Carbineer Drive
Belvidere, IL 61008

Tara Johnson
923 15th Street
Rockford, IL 61104

Theresa Albano
1622 Fox Field Drive
Belvidere, IL 61008

Tamara Ohr-Campbell
238 Hosmer Street
Loves Park, IL 61111

Tara Wagoner
403 S. Chicago Avenue
Rockford, IL 61104

Theresa Bulter
532 Grand Avenue
Loves Park, IL 61111

Tamaria Few
4610 Burley Avenue
Rockford, IL 61109

Tasha Campbell
2141 Lamar #N
Rockford, IL 61108

Theresa Rexroad
814 Kingsway Lane
Byron, IL 61010

Tamei Angel-Decker
1102 Charlotte Drive
Rockford, IL 61108

Tasha Hobbs
2101 Shelley Drive
Rockford, IL 61101

Theresa Smith
10219 Bluebonnet Drive
Machesney Park, IL 61115

Tami Walters
211 S. London Avenue
Rockford, IL 61104

Teresa McDonald
2726 Coleman Avenue
Rockford, IL 61101

Theresa Woods
3959 Prairie Road
Rockford, IL 61102

Tammie Sotelo
413 Robert Avenue
Rockford, IL 61107

Teresa Ward
3192 Hoffman Court
Cherry Valley, IL 61016

Tianna McEntee
5028 Boulder Avenue
Loves Park, IL 61111

Tammy Blackburn
6575 Sheffield Drive
Rockford, IL 61109

Teri Gray
1630 18th Avenue
Rockford, IL 61104

Tiffany Eisman
2053 N. Winnebago
Winnebago, IL 61088

Tammy Clayton
13324 Promontory Trail
Roscoe, IL 61073

Terri Rogers
1473 Newcastle
Belvidere, IL 61008

Tiffany Gerde
3303 Wesleyn Avenue
Rockford, IL 61108

Tiffany Mancini
1424 Deanna Drive
Rockford, IL 61103

Tisha Thompson
9307 Crooked Bend
Machesney Park, IL 61115

Traci O'Connell
1930 N. Church Street
Rockford, IL 61103

Tiltyla Stone
1423 Fairview Avenue
Rockford, IL 61101

Todd Smith
8239 Tetlehall
Machesney Park, IL 61115

Traci Reh
1628 N. Horace Avenue
Rockford, IL 61101

TiMara Murry
5317 Feldspar Lane
Loves Park, IL 61111

Tomara Mierow
11950 Glengary Court
Caledonia, IL 61011

Tracy Hefty
10035 Karl Close
Belvidere, IL 61008

Tina Edwards
3737 Rotary Road
Rockford, IL 61109

Toni Richmond
4705 Crescent Drive
Rockford, IL 61108

Tracy Lovgren
7276 Waterford Drive
Rockford, IL 61108

Tina Franklin
115 N. Vale Avenue
Rockford, IL 61107

Tonja McCall
459 Waveland
Rockford, IL 61102

Tracy Martinez
608 Shaw Street
Rockford, IL 61104

Tina Guske
4945 Arlington Street
Loves Park, IL 61111

Toshiba Louis-Charles
1564 W 6th Street #9
Belvidere, IL 61008

Tracy Trydo
2914 Sandy Hollow Road
Rockford, IL 61109

Tina Ingram
3603 Bently Drive
Rockford, IL 61101

Tracey Follis
1212 Union Avenue
Belvidere, IL 61008

Tricia Ullrich
120 N. Vale Avenue
Rockford, IL 61107

Tina Roy
6759 Crown Ridge
Rockford, IL 61103

Tracey Greenland
9184 Longfellow Lane
Machesney Park, IL 61115

Trisha Plescia
1408 Jackson Street
Rockford, IL 61107

Tina Widell
416 28th Street
Rockford, IL 61108

Tracey Pozzi
3880 Carbineer Drive
Belvidere, IL 61008

Trishia McKee
2815 Broadway
Rockford, IL 61108

Tina Willman-Ham
4514 Charles Street
Rockford, IL 61108

Tracey Tunison
3427 Broadway
Rockford, IL 61108

Valerie Vinson
14824 Hunters Way
South Beloit, IL 61080

VEronica Cellett
4622 RAvine Drive
Loves Park, IL 61111

Wendy Burns
12124 Columbus Circle
Loves Park, IL 61111

Veronica Navaro
2225 Springbrook Avenue
Rockford, IL 61107

Wendy Irwin
1231 Butler Road
Rockford, IL 61108

Vicki Weidenbacher-Hoper
7352 Cody Run
South Beloit, IL 61080

Wendy Reese
805 Highview
Rockford, IL 61107

Vickie Russom
4937 Fenwick Close
Rockford, IL 61114

Wendy Sparby
1211 Park Lane
Dixon, IL 61021

Vicky Smith
4705 Linder Place
Rockford, IL 61107

Wendy Sward
2302 Broadway
Rockford, IL 61104

Vicky Spencer
1907 21st Street
Rockford, IL 61108

Wendy Tucker
824 N. Main Street
Belvidere, IL 61008

Victoria Collier
114 Lincoln Park Blvd.
Rockford, IL 61102

Yvonee Alexander
2762 Atherton Lane #17
Rockford, IL 61114

Victoria Young
1311 Parmele Street
Rockford, IL 61104

Yvonne Sosa
5541 East Drive
Loves Park, IL 61111

Virginia DeBlauw
3129 Durham Court
Rockford, IL 61109

Wendy Anderson
2850 Centerville Road
Rockford, IL 61102

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kidz Closet Consignments and Resale, Inc**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kidz Closet Consignments and Resale, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 31, 2011**

Date

**/s/ Bernard J. Natale**

**Bernard J. Natale 2018683**

Signature of Attorney or Litigant

Counsel for   **Kidz Closet Consignments and Resale, Inc**

**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700 Fax:(815) 316-4646**
**natalelaw@bjnatalelaw.com**